# Exhibit B

**District Clerk "Audit Trail" - Notice Of Business Records of Collin County District Clerk attesting to the Date and Timestamps of the Manual Backdated Entry of Final Order and Sua Sponte Recusal Order  on 10/17/2024**

**(Establishes timing & staff participation in void orders)**

6/16/2025 SCANNED

Electronically Served
6/17/2025 12:30 AM

NO. <u>416-51752-2020</u>



| | | |
|---|---|---|
| IN THE MATTER OF<br>THE MARRIAGE OF | § | IN THE DISTRICT COURT |
| | § | |
| AMBREEN SAHAR JAFRI<br>AND<br>TARIQ FAROOQ | § | 468 JUDICIAL DISTRICT |
| | § | |
| AND IN THE INTEREST OF<br>H.A.F., F.A.F., AND MT.A.F.,<br>CHILDREN | § | COLLIN COUNTY, TEXAS |

## <u>NOTICE OF FILING BUSINESS-RECORD MATERIAL</u>

Pursuant to Texas Rule of Civil Procedure 21(f), Tariq Farooq files the attached materials recently provided by Deputy District Clerk Michael Gould on June 04, 2024:

Exhibit A: Letter by Collin County District Clerk Michael Gould, dated June 04, 2025 in which Mr. Gould encloses electronic-docket screenshots reflecting the creation timestamps for:

1. "Final Order in Suit Affecting Parent Child Relationship" (created 10-17-2024 02:17 p.m.); and

2. "Sua Sponte Recusal Order by Judge Lindsey Wynne" (created 10-17-2024 02:47 p.m.).

Exhibit B is attached hereto, Sworn Notarized affidavit attesting this Notice and the exhibits attached herein.

Electronically Served
6/17/2025 12:30 AM

These records are filed to preserve the evidence in the clerk's file and will be used in Tariq Farooq's related proceedings.

Tariq Farooq certifies and affirms that the total number of record pages attached is 3 pages that were received from the Collin County District Clerk Michael Gould on June 04, 2025.

## PRAYER

Tariq Farooq respectfully requests that the clerk accept this filing, incorporate it into the official record, and—upon request—issue a certified copy under Tex. R. Evid. 902(4).

Dated this 16th day of October, 2025.

Respectfully submitted,

**/s/ Tariq Farooq**
Tariq Farooq, Petitioner *Pro Se*
Appellant - Cause No.
05-24-01246-CV
Petitioner - District Court
Cause No. 416-51752-2020
(Formerly 468-51752-2020)
3500 S Echo Trl
Plano, Texas 75023
(214) 498-9888
brainsurface@yahoo.com



Electronically Served
6/17/2025 12:30 AM

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on October 16, 2025.

To:

Ambreen Sahar Jafri's Attorney of Record "Vanita Aphan-Kirkland" via Electronic Transmission at vanita@tmwf.org through Electronic Filing Manager.

Respectfully submitted,

/s/ Tariq Farooq
Tariq Farooq



Electronically Served
6/17/2025 12:30 AM

# EXHIBITS



Electronically Served
6/17/2025 12:30 AM

# Exhibit A

**Letter from Collin County Texas, District Clerk Michael Gould dated June 04, 2024 attesting to the screenshots of the backdated Final Order and Sua Sponte Recusal Order**



Electronically Served
6/17/2025 12:30 AM



**COLLIN COUNTY**

Michael Gould
District Clerk
2100 Bloomdale Rd
McKinney, Texas 75071
972-548-4315

06/04/2025
RE: Copies of time and date stamps
For: Tariq Farooq

I attest that the date and time stamps appearing on the Documents labeled 1 & 2 with a highlighted area in yellow and initialed by my hand in blue ink this day, are screen shots from our internal case management system showing the exact time and date that each of the documents were filed into the case.

Thank you,

Michael Gould
Collin County District Clerk

Electronically Served
6/17/2025 12:30 AM



Type  Order to Recuse

Date  10/16/2024

Due

Comment  Order of Recusal

☑ Docketable    ☑ Include in Appear

Does not affect case aging clock

quick links
· Add Next
· Add Related
· Add Hearing
· Add Service
· Relationships

Court Deadline

Save/Print    Save    Exit

Document 1
Date + Time Stamp



Electronically Served
6/17/2025 12:30 AM



Type: Order to Modify Parent Child Rel... — Wynne Lindsey
Date: 10/16/2024 — Does not affect aging clock

**Comment**

Comment: Final Order in Suit to Modify Parent Child Relationship

Document 2 @
Date + Timestamp



Electronically Served
6/17/2025 12:30 AM

# Exhibit B

## SWORN DECLARATION – AFFIDAVIT OF VERIFICATION OF FACTS AND DOCUMENTS & EXHIBITS



Electronically Served
6/17/2025 12:30 AM

# AFFIDAVIT OF VERIFICATION OF FACTS AND DOCUMENTS & EXHIBITS

STATE OF TEXAS §

COUNTY OF COLLIN §

BEFORE ME, the undersigned authority, on this day personally appeared TARIQ FAROOQ, who, being by me duly sworn, upon oath deposed and stated the following:

1. My name is Tariq Farooq. I am over the age of eighteen (18) years, am of sound mind, and am competent to make this affidavit, and make it under penalty of perjury pursuant to Texas Civil Practice and Remedies Code. I have personal knowledge of the facts stated herein, and they are all true and correct.

2. I am the Petitioner in the above-styled and numbered cause, and I am filing this "NOTICE OF FILING BUSINESS-RECORD MATERIAL" (herein "Notice") in Case No. 416-51752-2020 (formerly 468-51752-2020).

3. I have reviewed the attached the Notice in its entirety.

4. I verify and affirm that all factual statements contained in the Notice are true and correct to the best of my knowledge and belief.

5. I declare under penalty of perjury that all Exhibits (including the letter and screenshots) attached hereto the Notice are true and correct digital reproductions of records transmitted to me by the Collin County Texas Clerk Michael Gould on June 04, 2025.

6. I certify and affirm that the total number of record pages (including the letter and the screenshots) attached are 3 pages that were received from the Collin County District Clerk Michael Gould.

Page 1 of 2

Electronically Served
6/17/2025 12:30 AM

7.  I submit this affidavit in support of my Notice and respectfully request that the Court grant the relief sought therein.

I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

Dated this $\underline{16}$ day of June, 2025.



TARIQ FAROOQ, Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on this $\underline{16}$ day of $\underline{June}$, 2025.

Notary Public State of Texas

FAITH MILLER
Notary Public
STATE OF TEXAS
Notary ID # 121888873



Electronically Served
6/17/2025 12:30 AM



STATE OF TEXAS    )
COUNTY OF COLLIN )

I, Michael Gould, District Clerk in and for Collin County Texas, do hereby certify that the above foregoing is a true and correct copy of the original document as the same appears on the file in the District Court, Collin County, Texas. Witness my hand and seal of said Court, this the 16 day of JUN A.D., 20 25

MICHAEL GOULD, DISTRICT CLERK
COLLIN COUNTY, TEXAS

_____ DEPUTY