# Exhibit C

416 Court's October 8, 2025 email and October 9, 2025 order denying ADA and other relief without a hearing (whether in-person or by-submission)

(Supports ADA / Monell / Custom / other counts)

RE: Hearing Request: 416 04919 2025;416 51752 2020 - Hearing Request to set pre–MSJ live hearings by cause (Baker, TRO/TI, Disqualification, ADA & in-camera fee review) — and to stay/reset 10/10/2025 MSJ by submission

From:Steven Janway (sjanway@co.collin.tx.us)

To:brainsurface@yahoo.com

Cc:vanita@burrowsatlaw.com

Date:Wednesday, October 8, 2025 at 02:30 PM CDT

# Message Body

The Respondent's Motion for Summary Judgment was filed July 17, 2025.  The Notice of Hearing by Submission was accepted in efiling on September 19, 2025 for a hearing date of October 10, 2025, which is the 21st date after the filing of the Notice of Hearing.  Because the hearing date fell on the 21st date, instead of before the 21st date, the court has granted Petitioner's Motion for additional time and the NEW DATE OF HEARING BY SUBMISSION for Respondent's Motion for Summary Judgment has been extended and will now be heard by submission on October 30, 2025.

Additionally, the court will be setting Petitioner's Cross Motion for Partial Summary Judgment filed on October 6, 2025, will also be heard by submission on October 30, 2025.

Steven Janway
416 Court Coordinator
2100 Bloomdale Road, Ste 20030
McKinney, Texas 75070
sjanway@co.collin.tx.us

**All hearings in the 416th are scheduled as <u>in-person</u> unless otherwise ordered by the Judge.**

**From:** Tariq Farooq <brainsurface@yahoo.com>
**Sent:** Monday, October 6, 2025 9:01 PM
**To:** Steven Janway <sjanway@co.collin.tx.us>
**Cc:** Vanita Aphan-Kirkland <vanita@burrowsatlaw.com>
**Subject:** Hearing Request: 416 04919 2025;416 51752 2020 - Hearing Request to set pre–MSJ live hearings by cause (Baker, TRO/TI, Disqualification, ADA & in-camera fee review) — and to stay/reset 10/10/2025 MSJ by submission

***** WARNING: External Email. Do not click links or open attachments that are unsafe. *****

Mr. Janway,

Greetings.

I respectfully request that the 416 district court (presiding judge) set live hearings before Friday, October 10, 2025 and stay/reset the current 10/10/2025 MSJ-by-submission setting so prerequisite matters can be addressed first: Motion to Disqualify Counsel Vanita Aphan-Kirkand, *Baker v. Goldsmith* sequencing, TRO/Temporary Injunction to preserve the status quo of registry funds, In-camera ethics review, and ADA Title II effective-communication accommodations.

Below is a by-cause summary of what is on file (pleadings styled as below), the specific relief sought, and scheduling/ADA logistics.

## Cause No. 416-04919-2025 (Bill of Review)

### On file (pleadings styled as)

• **Motion to Strike or Abate Motion for Summary Judgment until Baker v. Goldsmith Prima-Facie Stage is Heard**

• **Objection to Submission Hearing under Rule 166a and Motion to Reset**

• **Cross-Motion on Threshold Legal Issues (Custodia Legis, Baker Sequencing, ADA Implementation Before Dispositive Settings)**

• **Motion for Disqualification to be Decided Before Dispositive Motions**

• **Motion to Request Baker v. Goldsmith Prima-Facie Hearing and Scheduling Order**

• **Motion for ADA Effective Communications (Combined)**

• **Bench Brief and Memorandum of Law (Hearing Management; Registry Funds in Custodia Legis; Baker Sequencing; Rule 166a Timing; ADA Duties)**

• **Petitioner's Motion to Disqualify Vanita Aphan-Kirkland (Bill of Review)**

• **Petitioner's Motion for In Camera Ethics Review of Opposing Counsel's Fee Agreement (Bill of Review)**

• **Motion for Extension of Time to Respond to Motion for Summary Judgment**

• **Objection to Submission-Only Setting and Motion to Reset MSJ for Live Hearing**

• **Renewed Objection to By-Submission Setting; Request for ADA-Compliant Live Hearing; Motion to Vacate or, Alternatively, Continue**

### Requested hearings (before 10/10/2025)

• **ADA accommodations (CART logistics; pacing/processing protocols; written §35.164 findings if any aid is denied).**

• **Baker v. Goldsmith prima-facie stage and issuance of a short scheduling order (Baker-first sequencing).**

• **Disqualification (or, alternatively, a limited evidentiary segment on Rule 3.08/3.03 topics).**

• **In-camera ethics review protocol and protective order regarding any fee-agreement provisions tied to registry funds.**

**• Vacate the current by-submission posture and reset any MSJ to a later live hearing after ADA and Baker are completed and disqualification/ethics issues are resolved.**

## Cause No. 416-51752-2020 (Divorce/SAPCR docket — registry funds)

*On file (pleadings styled as)*

**• Emergency Motion to Preserve Status Quo Pending Injunction and Bill of Review Proceedings**

**• Motion to Compel Coordinator Communications; Motion to Set Disqualification Hearing; and Motion for Protective Relief**

**• Emergency Motion to Stay Motion for Summary Judgment**

**• Objection to Submission-Only Setting and Motion to Reset MSJ for Live Hearing**

**• Motion for Extension of Time to Respond to Motion for Summary Judgment**

**• Motion to Enforce ADA Effective Communication and to Continue/Reset Dispositive Settings**

**• Renewed Motion for ADA Accommodations for Effective Communication**

**• Verified Motion to Compel ADA Compliance; to Require 28 C.F.R. § 35.164 Findings; and to Preserve Status Quo**

## Requested hearings (before 10/10/2025)

**• TRO/Temporary Injunction to maintain the status quo of the registry funds in custodia legis pending Baker and disqualification.**

**• Disqualification setting on the SAPCR docket (and related protective measures while the issue is under submission).**

**• ADA accommodations hearing and logistics (CART; pacing/processing; written §35.164 findings if any aid is denied).**

**• MSJ stay/reset: vacate the 10/10/2025 submission date and reset to a later live setting after ADA is implemented, Baker is held, and disqualification/ethics review are resolved.**

## Why these must precede the 10/10/2025 MSJ-by-submission

• *Baker v. Goldsmith* requires a prima-facie stage before merits/MSJ in the Bill of Review.

• TRO/TI is necessary to preserve the status quo of the registry funds while *Baker* and disqualification are decided.

• Disqualification and in-camera fee review should be resolved before any merits or registry orders to protect the integrity of proceedings.

• ADA Title II requires effective-communication accommodations; dispositive settings should be reset until accommodations are implemented and confirmed on the record (with written §35.164 findings if any requested aid is denied).

## Comprehensive ADA accommodations requested (apply to both causes - Dr. Kevin Lunde's Letter enclosed affirming my hearing disability)

• Real-time CART at every setting (in-person or remote).

• Opening admonitions: slow speech; one speaker at a time; pauses so captioning keeps up; immediate repetition upon request.

• Witness instructions mirroring the above.

• Processing-time allowance to review CART output and formulate objections/responses; ability to request additional time without penalty.

• Periodic on-record check-ins to confirm effective communication.

• Real-time visibility of the CART transcript throughout.

• No surcharge for auxiliary aids; court pays provider under Tex. Gov't Code § 57.002 and 28 C.F.R. § 35.130(f).

• If any aid is denied, written findings per 28 C.F.R. § 35.164.

**Scheduling**

I can appear for a consolidated live hearing (120 minutes) before Friday, October 10, 2025 via zoom with ADA accommodations.

If chambers prefers two shorter hearings (one per cause), that is fine so long as both occur before 10/10/2025 and the MSJ submission is stayed and reset accordingly.

Thank you for helping to get these matters on calendar ahead of the current submission date.

Respectfully,

Tariq Farooq (*pro se*)

3500 S Echo Trl, Plano, TX 75023

(214) 498-9888 | brainsurface@yahoo.com | tariq.farooq@brainsurface.com

Filed: 10/13/2025 1:23 PM
Michael Gould
District Clerk
Collin County, Texas
By Robin Markey Deputy
Envelope ID: 106767236

*In The 416th Judicial District Court*
*Collin County, Texas*
*Honorable Andrea Thompson, Presiding*

**Cause No. 416-04919-2025**

**Tariq Farooq v. Ambreen Sahar Jafri**

Rulings on Motions Filed

1. Petitioner's Motion to Enforce ADA Title II Effective-Communication Accommodations and to Continue/Reset any Dispositive Settings Until Implemented filed on October 6, 2025, is GRANTED to the extent CART Captioning services will be provided as requested by Movant for in person hearings, otherwise the motion is DENIED.

2. Petitioner's ADA Motion to Enforce Effective Communication Requirements and Accommodation at all Future Proceedings filed on October 6, 2025, is GRANTED to the extent CART Captioning services will be provided as requested by Movant for in person hearings, otherwise the motion is DENIED.

3. Petitioner's Request for Baker v Goldsmith Prima Facie Hearing and Entry of Prima Facie Scheduling Order filed on October 6, 2025, is DENIED.

4. Petitioner's Cross-Motion for Partial Summary Judgment on Threshold Legal Issues filed on October 6, 2025, is set for a submission hearing on October 30, 2025.

5. Petitioner's Motion to Abate and to Sequence Proceedings so that Disqualification is Decided Before Any Merits Ruling or Registry-Fund Disbursement filed on October 6, 2025, is DENIED.

6. Petitioner's Objection to Disposition by Submission and Request for Oral Hearing, Specific Rulings on Rule 166a(f) Objections, and Rule-Compliant Reset filed on October 6, 2025, is DENIED as to Objection to Submission and GRANTED as to reset, new submission hearing date on the Motions for Summary Judgment is October 30, 2025.

7. Petitioner's Motion to Strike or Abate Summary-Judgment Proceedings Until the Baker v. Goldsmith Prima-Facie Stage is Heard and Decided; And To Require an Ada-Complaint, In-Person Hearing if/when MSJ Proceeds filed on October 6, 2025, is GRANTED to the extent CART Captioning services will be provided as requested by Movant for in person hearings, otherwise the motion is DENIED.

8. Petitioner's Verified Objection to Submission-Only Setting; Motion to Reset Summary-Judgment Hearing for In-Person Oral Argument with ADA Protections; and, in the Alternative, Motion to Strike filed on October 6, 2025, is DENIED as to Objection to Submission and GRANTED as to reset, new submission hearing date on the Motions for Summary Judgment is October 30, 2025, and GRANTED to the extent

416-04919-2025 Farooq v. Jafri

CART Captioning services will be provided as requested by Movant for in person hearings.

9. Petitioner's Renewed ADA Motion for In-Person Hearings with Real-Time Cart and Pace/Processing-Time Protocols; Alternative Continuance filed on October 6, 2025, is GRANTED to the extent CART Captioning services will be provided as requested by Movant for in person hearings, otherwise the motion is DENIED.

10. Petitioner's Emergency Motion to Stay/Continue the October 10, 2025 Submission Setting; to Preserve Status Quo of Registry Funds; and to Set Baker Hearing First filed on October 6, 2025, is DENIED.

11. Petitioner's Motion to Abate or Deny Respondent's Motion for Summary Judgment Pending Baker v. Goldsmith Prima Facie Hearing; Objection to Premature Dispositive Setting filed on October 6, 2025, is DENIED.

12. Petitioner's First Motion for Extension of Time to Respond and to Reset Submission Date; ADA Based Continuance Under TRCP 166a(g), TRCP 21, and TRCP 251 filed on October 6, 2025, is GRANTED, submission hearing for Motion for Summary Judgment is reset to October 30, 2025 and GRANTED to the extent CART Captioning services will be provided as requested by Movant for in person hearings, and is otherwise DENIED.

13. Petitioner's Verified Renewed Objection to Submission Only Setting; Renewed ADA Request for Live Oral Hearing with Real Time Cart; Motion to Vacate or, Alternatively, Continue filed on October 6, 2025, is GRANTED, submission hearing for Motion for Summary Judgment is reset to October 30, 2025 and GRANTED to the extent CART Captioning services will be provided as requested by Movant for in person hearings, and is otherwise DENIED.

14. Petitioner's Motion for in Camera Ethics Review of Opposing Counsel's Fee Agreement filed on October 6, 2025, is DENIED.

15. Petitioner's Motion to Disqualify filed on October 6, 2025, is DENIED.

16. Petitioner's Motion to Compel ADA Compliance; To Request Written Findings Under 28 C.F.R. 35.164; To Order Cart & Additional Processing Time; and the Preserve the Status Quo filed on October 6, 2025, is GRANTED to the extent CART Captioning services will be provided as requested by Movant for in person hearings, and is otherwise DENIED.

Signed October 9, 2025

*Andrea S. Thompson*

Andrea Thompson
Judge Presiding

416-04919-2025 Farooq v. Jafri

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 106767236
Filing Code Description: Order
Filing Description: Ruling on Motions Filed
Status as of 10/14/2025 2:10 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Tariq Farooq | | brainsurface@yahoo.com | 10/13/2025 1:23:55 PM | SENT |
| Ambreen SaharJafri | | ambreensj@gmail.com | 10/13/2025 1:23:55 PM | SENT |
| Vanita Aphan-Kirkland | | vanita@burrowsatlaw.com | 10/13/2025 1:23:55 PM | SENT |