# Exhibit D

## Certified Transcript Excerpt – CART denial

## (Slip sheet attached)

### (Proof of ADA accommodation refusal)

### SLIP SHEET —CERTIFIED TRANSCRIPT EXHIBITS

| Exhibit | Volume | Date | Pages |
|---|---|---|---|
| Exhibit D | 3 | 06/24/2024 | 4-5 |

CERTIFICATION: I certify that the attached pages are true copies of the certified reporter's record and/or related exhibits for the proceedings listed above

Signature: _____/s/ Tariq Farooq_____    Date: __October 29, 2025___
Printed Name: _____Tariq Farooq_____

P R O C E E D I N G S

THE COURT:  Court is going to call Cause Number 468-51752-2020.  This is in the interest of the child, the Farooq child.  If I could, please, get the parties to announce for the record.  Let me start with our Petitioner if you could just state your full name for the record.

MR. FAROOQ:  Tariq Farooq.

MS. APHAN-KIRKLAND:  Vanita Aphan-Kirkland on behalf of Ambreen Jafri.

THE COURT:  With that, we are going to go ahead and get started for pretrial.  We have a motion to seal.  I believe there is a motion for continuance. I know there is a motion for further temporary orders. I'm guessing that's only if the continuance is granted. So anyway, let's go ahead and get started then.  At this point --

MR. FAROOQ:  I couldn't understand what you said, ma'am.

THE COURT:  Okay. I was just running through the different motions we have before us today.

MR. FAROOQ:  For the record, my tinnitus is exacerbated considerably.  There is a consistent continuous ringing noise.  Sometimes, most of the times I cannot understand what the other person is saying.

THE COURT:  Okay.

MR. FAROOQ:  So appreciate it if everybody can speak slowly, loudly and clearly and also I might ask for more time.  I probably will not ask for more time, but I might ask for more time considering my medical disability.  Thank you, ma'am.

THE COURT:  I thought that's why we did give more time to begin with.

MR. FAROOQ:  No, the more time was because of the added motions.  It initially started as three motions and it grew and it's total of eight motions.

MS. APHAN KIRKLAND: I believe that's incorrect.  I believe after Mr. Farooq requested saying that he has tinnitus and it's fairly exacerbated, then Ms. Quillin replied saying I'll give you guys an hour a person more time.

THE BAILIFF:  I also have headphones if he needs ear phones.

THE COURT:  Would you like ear phones?

MR. FAROOQ:  No, it's going to make me uncomfortable and more confused.  If I don't understand, then I'm going to stop people.  And also when I'm talking and I'm in the flow when she makes her objections, it's very hard for me to understand and