# Exhibit E

## Certified Transcript Excerpt – Illegal Phone seizure-and-search order & Edwin McGill coercion

## (Slip sheet attached)

### (Fourth Amendment and other Claims)

### SLIP SHEET —CERTIFIED TRANSCRIPT EXHIBITS

| Exhibit | Volume | Date | Pages |
|---|---|---|---|
| Exhibit E | 3 | 06/24/2024 | 84-86 |

CERTIFICATION: I certify that the attached pages are true copies of the certified reporter's record and/or related exhibits for the proceedings listed above

Signature: _____ /s/ *Tariq Farooq* _____    Date: __October 29, 2025___

Printed Name: _____ Tariq Farooq _____

only specific to the child, if there is no way for me to track when it's only the child's screen time, I do have to sustain an objection on that because I can't force them to turn over other people's use of the item or whether or not -- I mean, that's my concern.

MR. FAROOQ:  Respectfully, the stats show that everything in the last four years or anything substantial I put forward has been denied, denied, denied, denied, denied, denied.

THE COURT:  That's not a response to this.

MR. FAROOQ:  I have no further response. I have already made my arguments.  I would appreciate it if you can stop my clock, please.

THE COURT:  If there is no further arguments as to that, then I'm going to sustain the objections at this time.  This is not specific enough for me to rule on and I cannot -- I don't know how I'm supposed to. If you have access to it and it is for the child and the child is the only one using the iPad.

MR. FAROOQ:  Look at my notes.

THE COURT:  Mr. Farooq, you just utilized your phone again.

MR. FAROOQ:  I'm looking at my notes.

THE COURT:  No.  I'd like my bailiff to

--

THE BAILIFF:  You need to --

THE COURT:  I would like my bailiff to look at the phone.  Are you recording the proceedings? He already pushed a button.  Are you recording the proceedings here today?

MR. FAROOQ:  No.

THE COURT:  I'm going to put you under oath.

(Mr. Farooq sworn).

THE COURT:  Mr. Farooq, are you recording the proceedings here today?

MR. FAROOQ:  Do you want to see my voice memos or memos to see if I recorded anything?

THE COURT:  Mr. Farooq, are you recording these meetings here today?

MR. FAROOQ:  No, ma'am, my phone will show I'm not recording anything.

THE COURT:  Mr. Farooq, are you recording these meetings here today?  We are asking because multiple times we have asked that you have your phone turned off.  I know I gave you permission to look at your notes earlier when you were up here at the stand.

MR. FAROOQ:  That's what I was doing.

THE COURT:  That was earlier for a very

specific process, an email process, and you just keep reaching down and turning buttons on your phone. I need to know that you are not recording these proceedings.

MR. FAROOQ: I will show him.

THE COURT: Please show him.

You are not permitted to record. Recording is a violation. It is clearly labeled on the outside of this courtroom. The official record is through the certified court reporter who is here and who is making a recording by transcript of these proceedings. The Court will not tolerate people recording in the courtroom when it is explicitly stated on the door to not record. I do not appreciate having to stop, even if you are not recording, when you are constantly going back to your phone when it's not even supposed to be on. I understand you asked for permission earlier. I granted that but that does not give you carte blanche to continue utilizing your phone throughout the proceedings. Turn your phone off unless there is a specific reason. If you need notes, that's fine. I will work with you. But I'm not going to have this issue where we keep having these disruptions.

I'm going to go back because as to most of the issues before me. Who else is paying the rent for the Respondent's apartment, what was the objection