# Exhibit F

## Supervised Visitation Fee Structure

### (Damages & Parental Rights Harm)

📞 (469) 625-2800

2490 W. White Ave • McKinney, TX 75071



(https://keepingthepeacellc.com/)

# Keeping the Peace, LLC

Visitation Services

*We ensure a stable and safe environment for visitations.*



# ABOUT

Keeping the Peace, LLC provides services for parents and family members who have access to children in a supervised setting. Offering supervision services to the families of North Texas. Keeping the Peace, LLC gives you the peace of mind needed to assist with successful visitation for the most important members of your family – your children.

We have multiple supervisors that work with us. All our supervisors are law enforcement, but act as civilians while performing supervision.

Keeping the Peace, LLC also provides services to facilitate property division. If the two parties are not able to work out the division of their belongings, we go into their home and assist with dividing the property.

# Pricing

### *All Visitations and Property Division must be a 2 hour minimum.*

**Supervised Visitation:** $137.50 per hour for up to 3 children. Additional supervisors may be required with 4 or more children. A $2.00 per mile for a fuel fee will be assessed for any travel to a visitation site, property division, court hearings/trials, or otherwise that is greater than 15 miles in distance from 2100 Bloomdale Road, McKinney Texas. All Visitations and Property Division must be a 2 hour minimum. All visitations must be scheduled and paid on the website www.keepingthepeacellc.com (https://keepingthepeacellc.com/) 7 days in advance. Non-custodial parent must give notice to the custodial parent. The non-custodial parent must pay for an entrance fees, tickets, parking for any activity for the supervisor.

**Zoom Visitations:** $87.50 per hour – (1 hour maximum) – Zoom will not be recorded by the parties. Keeping the Peace will record the visitation. Notes will not be taken. Zoom Visitations calls on the holidays listed may be scheduled if Supervisors are available and will be an additional cost of $137.50 per hour except for Thanksgiving Day and Christmas Day those will be at $175 per hour. All visitations must be scheduled and paid on the website www.keepingthepeacellc.com (https://keepingthepeacellc.com/) 7 days in advance. Non-custodial parent must give notice to the custodial parent.

**Property Division:** $167.50 per hour – All Visitations and Property Division must be a 2 hour minimum. All property division must be scheduled and paid on the website www.keepingthepeacellc.com (https://keepingthepeacellc.com/) 7 days in advance. A $2.00 per mile for a fuel fee will be assessed for any travel to a visitation site, property division, court hearings/trials, or otherwise that is greater than 15 miles in distance from 2100 Bloomdale Road, McKinney Texas.

**Refunds:** There will be a 3.9% transaction fee for any refunds.
Holiday Hours – We will be closed on Holidays – New Year's Eve and New Year's Day – Easter – Memorial Day – Independence Day – Labor Day – Thanksgiving Day – Christmas

Eve – Christmas Day. Visitations on the holidays listed may be scheduled if Supervisors are available but will be an additional cost of $187.50 per hour except for Thanksgiving Day and Christmas Day those will be at $212.50 per hour.

All visitations must be scheduled and paid on the website www.keepingthepeacellc.com (https://keepingthepeacellc.com/) 7 days in advance. Non-custodial parent must give notice to the custodial parent. (Except the first visitation, that will be done as soon as agreed upon). It is the party's responsibility to sign up on the online scheduling system, not the supervisor's. The canceling party will incur the FULL FEE of the scheduled visitation if they fail to notify 48 hours in advance of the scheduled visitation. Any failure to notify the custodial parent of the scheduled visitation may cause the visitation to be canceled and incur the FULL FEE. Scheduling a visitation on the wrong date could cause the visitation to be canceled, and the fee may not be refunded.

A $2.00 per mile for a fuel fee will be assessed for any travel to a visitation site, property division, court hearings/trials, or otherwise that is greater than 15 miles in distance from 2100 Bloomdale Road, McKinney Texas. The non-custodial parent must pay for an entrance fees, tickets, parking for any activity for the supervisor.

**Visitation Notes:** the supervisor will take notes during the visitation. Notes are freely given upon request. You will be given complete access to the Google Drive folder for your case. A subpoena is not required for notes.

**Supervisor Testimony or Deposition:** subpoenas' is required for a supervisor testimony or deposition in court. We accept a friendly subpoena. Please email to rick@keepingthepeacellc.com

**Business Records Affidavit:** Please email the business records requests to rick@keepingthepeacellc.com, please include the form. We will return as soon as possible.

**Fees for Collin County Court testimony or deposition:** $287.50 per hour with a 2 hour minimum. The subpoenaing party must pay parking for the supervisor.

**Fees for Dallas/Denton/Tarrant Court testimony or deposition:** $287.50 per hour with a 4 hour minimum. The subpoenaing party must pay parking for the supervisor.

**Fee for Jury Trial and Trial by Court:** $3450.00 for a 12 hour minimum charge, and unused fees will be refunded. The subpoenaing party must pay parking for the supervisor.

About – Keeping The Peace

© 2025 Keeping the Peace, LLC. All Rights Reserved

© 2025 Keeping the Peace, LLC. All Rights Reserved