# Exhibit G

## Plaintiff's Statement and Affidavit of Inability to Pay Court Costs

**(Corroborates Plaintiff's Indigency)**

NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA

AVISO: ESTE DOCUMENTO CONTIENE INFORMACIÓN CONFIDENCIAL



# Statement of Inability to Afford Payment of Court Costs or an Appeal Bond

# Declaración sobre Incapacidad de Pago de Costas de Tribunal o de una Fianza de Apelación

**Cause Number**
**Número de Caso**                            468-51752-2020

The Clerk's office will fill in the Cause Number when you file this form.

El Secretario del Tribunal anotará el Número de Caso cuando usted presente este formulario.

Jafri, Ambreen Sahar

v.

Farooq, Tariq

Copy information listed at the top left of the petition here.

Copie aquí la información ubicada en la parte superior izquierda del escrito de la demanda.

Copy information listed at the top right of the petition here.

Copie aquí la información ubicada en la parte superior derecha del escrito de la demanda.

468

**Court Number**
**Número del Tribunal**

COLLIN                                    ,Texas

County
Condado

- ☒ District Court / Tribunal de Distrito
- ☐ County Court / Tribunal del Condado
- ☐ County Court at Law / Tribunal Estatutario
- ☐ Justice Court / Juzgado de Paz
- ☐ Probate Court / Juzgado Sucesorio

Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

## 1. Your Information / Su Información

➤ My full legal name is / Mi nombre legal completo es
TARIQ FAROOQ

| First | Middle | Last | / | Nombre de Pila | Segundo Nombre | Apellido |
|---|---|---|---|---|---|---|

➤ My date of birth is / Mi fecha de nacimiento es
JUNE 08, 1975

| Month | Day | Year | / | Mes | Día | Año |
|---|---|---|---|---|---|---|

➤ My address is / Mi dirección es

Home / Domicilio 3500 S. Echo Trl Plano TX 75023

Mailing / Dirección Postal 3500 S. Echo Trl Plano TX 75023

➤ My phone number / Mi número telefónico 214-498-9888

➤ My email I check often / Mi correo electrónico que reviso con frecuencia
brainsurface@yahoo.com

# Go to next page



# Pase a la siguiente página

Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

DISTRICT COURT OF COLLIN COUNTY, TEXAS

## 2. About My Dependents / Mis Dependientes

"The people who depend on me financially are listed below." **Use initials only for children under 18.** If needed, attach a separate piece of paper to list more dependents.

"Las personas a continuación dependen económicamente de mí." **Use iniciales para los menores de 18 años** y, si es necesario, anexe una hoja por separado para enumerar a todos sus dependientes.

| Name<br>Nombre | Age<br>Edad | Relationship to me<br>Parentesco Conmigo |
|---|---|---|
| | | |
| | | |
| | | |

## 3. Are you represented by Legal Aid? ¿Está siendo representado por alguna entidad de asistencia legal?

**Check only one box. Seleccione solo una casilla.**

☐ I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as "Exhibit: Legal Aid Certificate."

Me está representando gratuitamente un abogado que trabaja para una entidad de asistencia legal o que recibió mi caso de una entidad de asistencia legal. El certificado que la entidad de asistencia legal me entregó lo adjunto bajo el título, "Anexo: Certificado de Asistencia Legal."

or / o

☐ I am not represented by legal aid.

No me está representando ninguna entidad de asistencia legal.

Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

## 4. Public Benefits / Beneficios de Asistencia Pública

➤ Do you or any of your dependents receive public benefits?
   *¿Recibe usted o sus dependientes beneficios de asistencia pública?*

   ☐ Yes / *Si*        ☑ No / *No*

➤ If you answered yes, check all that apply and attach proof to this form, such as a copy of an eligibility form or check.

   Si respondió con un Sí, marque todas las casillas que apliquen y adjunte a este formulario comprobantes, tales como una copia de la carta autorizando que reciba estos beneficios o una copia del cheque que recibe.

| | |
|---|---|
| ☐ Food stamps/SNAP<br>Cupones de comida/SNAP | ☐ TANF |
| ☐ Medicaid | ☐ CHIP |
| ☐ SSI/SSDI | ☐ WIC |
| ☐ Lifeline | ☐ Public Housing or Section 8 Housing<br>Asistencia de Vivienda / Programa de Vivienda bajo Sección 8 |
| ☐ Low-Income Home Energy Assistance<br>Asistencia con Energia Eléctrica | ☐ Community Care via HHS<br>Ayuda Comunitaria bajo HHS |
| ☐ LIS in Medicare ("Extra Help")<br>Subsidio Adicional de Medicare bajo el Programa LIS | ☐ Needs-based VA Pension<br>Pensión para Veteranos de Guerra en función a necesidades |
| ☐ Child Care Assistance under Child Care and Development Block Grant<br>Asistencia con Guardería bajo el Programa CCDBG | ☐ County Assistance, County Health Care, or General Assistance (GA)<br>Asistencia del Condado, Asistencia Médica del Condado, o Asistencia General (GA) |
| ☑ Other / Otros beneficios<br>APPLIED FOR FOODSTAMP | ☐ Other / Otros beneficios |

5. **What are your monthly income sources? ¿Cuáles son sus fuentes de ingresos mensuales?**

> My **take-home** pay is $0_____ in monthly wages.

Mi **pago neto** es $_____ en sueldo mensual.

> I work as a _____ (your job title) for _____ (your employer).

Yo trabajo como _____ (título de su puesto) para _____ (compañía o jefe).

> $0_____ is my total **monthly** income / son mis ingresos totales **al mes.**

These are my income sources. Estas son mis fuentes de ingresos.

> $0_____ in unemployment / en beneficios de desempleo.

I have been unemployed since 11/03/2023 ____ (date).

He estado desempleado desde _____ (indique fecha).

> $_____ in public benefits / en beneficios de Asistencia Pública.

> $_____ from people in my household other than my spouse / de ingresos de otras personas en mi hogar que no son de mi cónyuge.

> $_____ from retirement or pension / de jubilación o pensión.

> $_____ from tips or bonus / de propinas o bonos.

> $_____ from disability / de discapacidad.

> $_____ from worker's comp / de compensación al trabajador.

> $_____ from social security / de seguro social.

Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

➢ $_____ from military housing / de vivienda militar.

➢ $_____ from dividends, interest, or royalties / de dividendos, intereses, o regalías.

➢ $_____ from child or spousal support / de manutención de menores o manutención conyugal recibida.

➢ Answer only if your spouse is not your opponent. Responda tan sólo si su ccónyuge no es parte contraria en esta causa legal. $_____ from my spouse's income / de ingresos de mi cónyuge.

➢ $_____ from other jobs/sources of income / de otros trabajos/ fuentes de ingresos.

Describe / describa:

_____

_____

# Go to next page
# Pase a la siguiente página



Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

**6. What is the value of your assets or property? ¿Cuál es el valor de sus bienes o propiedades?**

| My property includes:<br>Mis bienes incluyen: | Value / Valor<br><br>The value is the amount the item would sell for less the amount you still owe on it, if anything.<br><br>El valor de sus bienes es la cantidad por la que la propiedad o pertenencia se vendería, menos el monto que aún se adeuda, si lo hubiera. | |
|---|---|---|
| ➤ Cash<br>Dinero en efectivo | $15 | |
| ➤ Bank accounts, other financial assets<br>Cuentas bancarias, otros bienes financieros | | |
| | $0 | |
| | $ | |
| | $ | |
| ➤ Cars and boats (make and year)<br>Automóviles, lanchas (modelo y año) | | |
| | $ | |
| | $ | |
| | $ | |
| ➤ Other property like jewelry, stocks, land, a second house. (Do not list your homestead.)<br><br>Otros bienes como joyas, acciones, terrenos, una segunda casa. (No indique su hogar familiar.) | | |
| | $ | |
| | $ | |
| | $ | |
| **Total Value of Property**<br>**Valor Total de Sus Bienes** | $15 | |



Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

**7. What are your monthly expenses that are not deducted from your paycheck?
¿Cuáles son sus gastos mensuales que no son descontados de su cheque de sueldo?**

| My monthly expenses are:<br>Mis gastos mensuales son: | Amount<br>Cantidad | |
|---|---|---|
| ➤ Rent/house payments; maintenance<br>Alquiler/hipoteca; mantenimiento de casa | $2950 | |
| ➤ Food and household supplies<br>Alimentos y artículos para el hogar | $450 | |
| ➤ Utilities and telephone<br>Luz, gas, agua y teléfono | $855 | |
| ➤ Clothing and laundry<br>Ropa y lavado de ropa | $40 | |
| ➤ Medical and dental expenses<br>Gastos médicos y dentales | $240 | |
| ➤ Insurance (life, health, auto, etc.)<br>Seguros (de vida, médico,<br>de automóvil etc.) | $ | |
| ➤ School and childcare<br>Escuelas y guarderías | $350 | |
| ➤ Transportation, auto repair, gas<br>Transportación, reparaciones de automóviles, gasolina | $180 | |
| ➤ Child/Spousal support<br>Manutención a Menores/Manutención Conyugal | $911.24 | |
| ➤ Debt payments to (list):<br>Pagos por deudas hechas a (indíquelos): | | |
| LOAN PAYMENTS | $2300 | |
| | $ | |
| ➤ Wages withheld by court order<br>Sueldo retenido por orden judicial | $911.24 | |
| ➤ Other expenses (list):<br>Otros gastos (indíquelos): | | |
| | $ | |
| | $ | |
| **Total Monthly Expenses**<br>**Gastos Totales Mensuales** | $9187.48 | |

Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

**8. Are there debts or other facts explaining your financial situation?**
**¿Hay deudas u otros factores que expliquen su situación económica?**

My debts include (list debt and amount owed):
Mis duedas incluyen (indique deuda y la cantidad que debe):

| LOANS, CREDIT CARDS, JUDGEMENTS | $ 500,000+ | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |

If you want the court to consider other facts, such as unusual medical expenses, family emergencies, etc., attach another page to this form labeled "Exhibit: Additional Supporting Facts."

Si usted desea que el tribunal considere otros factores, tales como gastos médicos excepcionales, emergencias familiares, etc., adjunte al formulario otra hoja con esta información y bajo el título, "Anexo: Información Adicional de Apoyo."

**9. Ability to Pay Court Costs. Declaración sobre su Habilidad de Pagar Costas de Tribunal**

Check only one box. Seleccione tan solo una casilla.

☐ I cannot afford to pay court costs. No puedo pagar las costas de tribunal.

☑ I cannot furnish an appeal bond or pay a cash deposit to appeal a justice court decision, and I cannot afford to pay court costs.

No puedo aportar una fianza de apelación ni pagar un depósito en efectivo para apelar la decisión judicial de un magistrado, y no puedo pagar costas de tribunal.

# Go to next page

# Pase a la siguiente página



Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

**10. Declaration/Affidavit. Declaración Escrita Bajo Juramento.**

Fill out **only one** box. If you fill out the Declaration, you will not need to sign the form in front of a notary public. If you do not want to list your address for privacy or safety concerns, take the form and photo identification, and fill out the Affidavit box in front of a notary public.

Llene tan **solo una** opción. Si usted llena la Declaración, no necesitará firmar el formulario ante un notario. Si usted no quiere que aparezca su domicilio en el documento para conservar su privacidad o por motivos de su seguridad, lleve el formulario y una identificación con fotografía y llene la sección de la Declaración Escrita Bajo Juramento ante un Notario.

# Go to next page

# Pase a la siguiente página



Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

## Option 1 / Opción 1

**Declaration**: I declare under penalty of perjury that the foregoing is true and correct.

**Declaración**: Yo declaro bajo pena de perjurio que la información a continuación es correcta y verdadera.

➤ My name is / Mi nombre es

TARIQ FAROOQ

➤ My date of birth is / Mi fecha de nacimiento es

06      /08      /1975

➤ My address is / Mi domicilio es

3500 S. ECHO TRL PLANO TX 75023

Street, city, zip, country
Calle y número, ciudad, estado, código postal, pais

➤

Signature
Firma

➤  11/27/2023

Date (month, day, year)
Fecha (mes, día, año)

➤  COLLIN COUNTY, TX

County, state
Condado, estado

# Go to next page



# Pase a la siguiente página

Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090

# Option 2 / Opción 2

**Affidavit:** I swear under penalty of perjury that the foregoing is true and correct.

**Declaración Escrita Bajo Juramento:** Yo juro bajo pena de perjurio, que lo que precede es correcto y verdadero.

**You fill out this section.**
**Usted llena esta sección.**

➤ _____

Your printed name
Su nombre en letra de molde

➤ _____

Your signature
Su firma

**The notary fills out this section.**
**El Notario llena esta sección.**

➤ _____

Subscribed before me this day of
Juramentado y suscrito ante mí el día de hoy del mes de

06 _____ , 20____

_____

NOTARY
NOTARIO



Approved by the Supreme Court of Texas in Misc. Docket No. 22-9090