# Exhibit H

## Excerpt of court-admitted CPS / Medical Neglect Report re: Child (Plano Children's Hospital, 02 / 01 / 2024). (Slip sheet attached)

### (Supports Substantive Due Process and Other Counts)

### SLIP SHEET —CERTIFIED TRANSCRIPT EXHIBITS

| Exhibit | Volume | Date | Pages |
|---|---|---|---|
| Exhibit H | 00 | 02/01/2024 | 252 |

CERTIFICATION: I certify that the attached pages are true copies of the certified reporter's record and/or related exhibits for the proceedings listed above

Signature: _____/s/ Tariq Farooq_____    Date: __October 29, 2025___
Printed Name: _____Tariq Farooq_____

## REASON FOR REFERRAL AND CHIEF COMPLAINT

████████████ presented to the Emergency Department at Children's Health due to safety concerns.  Patient present to the ED with concern of SI, per dad.

**Patient Lives with:** Dad (every 1st, 3rd, 5th weekend) and with mom during the week  **Legal Guardian:** yes

**Precipitating Events/ History of Present Illness:**

Patient is 13 y.o male with PMH of depression, anxiety, aggressive behavior. Per dad patient has a developmental delay which causes him to be aggressive at school sometimes. Patient is not receiving any outpatient mental health support, per dad mom refuses to give consent for patient to receive needed mental health treatment for depression and anxiety,

Patient denied academic and social stressors at school. He reported that he makes good grades at school, and that he has friends at school. Patient reported that he wants to runaway from his mom when he's at her home. He reported that he wants to punch his mom, because she's not nice to him.

Patient denied any previous suicide attempt, and he denied SI during the interview with therapist. He reported that he only thinks about wanting to die when he's with his mom, and he's fine with his dad.
Patient denied SI/HI/NSSI/AVH. He stated that he feels safe going with his dad.

Dad reported that patient saw a Psychiatrist last year intensive behavioral therapy was recommended, however mom denied patient access to treatment by refusing to give consent. He reported that patient struggles with depression, and anxiety in addition to this developmental delay and other medical issues. Dad reported that mom creates a barrier to access of needed mental health treatment for patient. He reported that patient is happy and safe with him, and he stated the he is confident the he can keep patient safe at his home.

**Anxious Symptoms/Stress:** Anxious symptoms - difficulty coping with stress/anxiety

**Mood Symptoms:** Depressive symptoms - depressed mood

**Sleep:** No concerns

**Appetite:** No concerns

**Past Mental Health History (specify current providers):** Yes

Printed on 2/6/24  4:00 PM

**"Screenshot from [Cause no. 05-24-01246-CV:Collin-468-51752-2020-RR-Vol00Exhibits Part 2:252] clearly demonstrates M.T.A.F. to be suicidal and having suicidal ideations whilst in the mother's care, whilst feeling HAPPY and SAFE to be with Dad –** *Mom never followed up with any mental health care and blocked it to avoid generating adverse evidence against her* **– Yet Judge Wynne assigned exclusive medical/everything decision making rights to the Mother in complete absence of supporting evidence"**