# Exhibit J

## Photos of Plaintiff's 2023 Courthouse Protests

**(First Amendment retaliation context)**

















