# Exhibit K

## Email chain 10/09/2024 establishing procedure

## for Motion for Entry of Final Order

**(Conspiracy Timing Evidence)**

Re: 468-51752-2020
From:Tariq Farooq (brainsurface@yahoo.com)
To:kquillin@co.collin.tx.us; vanita@tmwf.org
Cc:rbenton@co.collin.tx.us; englandcourtreporting@gmail.com
Date:Wednesday, October 9, 2024 at 12:39 PM CDT

## Message Body

Ms. Quillin,

The 468th District Court now offering me CART services is further solidication of the fact that the entire Jury Trial was 1 big ADA Violation in addition to other gross and egregious violations of the law. In addition to the CART services, I am requesting a hearing by Zoom as requested by Dr. Kevin Lunde in his letter attached to my motion (Re-Attached to this email).

A "MOTION TO MODIFY, CORRECT OR REFORM THE JUDGEMENT" is ruled upon by the District Court Judge **_before an Order is entered_**.

I am humbly requesting that Judge Wynne as a government official **please \*\*\*READ\*\*\*** my MOTION TO MODIFY, CORRECT OR REFORM THE JUDGEMENT and correct the judgement before the judgement is entered in light of the facts, the overwhelming evidence and the law as clearly illustrated the aforementioned motion.

Thank you.
Tariq Farooq
214-498-9888


On Wednesday, October 9, 2024, 11:46 AM, Kim Quillin <kquillin@co.collin.tx.us> wrote:


To further accommodate the requests made previously, we are obtaining CART services for the hearing on the contesting of the indigent affidavit. The CART provider will provide real-time transcription of the proceedings for Mr. Farooq, in addition to the additional time that has already been provided, as well as the option to utilize our headphones as previously offered.  The hearing will be reset to a date that will accommodate the availability of the CART provider.

A Motion to Enter an order hearing is not an evidentiary hearing and does not require oral argument.  The Court shall rule on this by submission.  The Court, Petitioner, and Respondent have all been notified by email that counsel for Respondent has prepared a proposed order and that Petitioner and Respondent have had a copy of a proposed order since September 18, 2024.  However, for the Court to consider and rule on this matter by submission, the attorney for the Respondent shall file her Motion to Enter the proposed order with the proposed order attached by 4:00 PM on October 9, 2024.  Petitioner shall file any objections he has to the

proposed order by 4:00 PM on October 15, 2024.  This matter will be set on the Court's calendar to be reviewed and rendered on October 16, 2024.  Upon sustaining or overruling the objections filed into the case on October 16, 2024, attorney for Respondent shall submit an order in conformity with the Court's ruling by 4:00 PM on October 16, 2024.

Once the Modification Order is signed and entered, the Court will set Mr. Farooq's Motion to Modify, Correct, or Reform Judgment for a hearing and the Court will obtain CART services for this hearing as well to accommodate Mr. Farooq.

Therefore, there will be no in-person hearings on October 10, 2024 at this time.  As you have dates and deadlines for which the Court can review a motion to enter a proposed order and objections and render by submission, there is no need for a hearing tomorrow.  Additionally, to accommodate Mr. Farooq's request, we are obtaining CART services for the indigent affidavit hearing.  Lastly, the Court shall set Mr. Farooq's Motion to Modify, Correct, or Reform Judgment once the judgment is entered.

**Thank you,**
**Kim Quillin**
468th District Court Coordinator
972-547-7260
kquillin@co.collin.tx.us
468@collincountytx.gov

**Please note: Your case will not be added to the docket until a notice of hearing or scheduling order is on file. Prove ups for agreed divorce can be done by affidavit which can be found on the 468th website listed below or contact me and I will email you one. No prove up or affidavit is needed for Agreed SAPCR or Modifications. www.collincountytx.gov/Courts/District-Courts/468dc**
**Thank you.**

NOTE: All email correspondence relating to pending cases will be filed with the District Clerk for inclusion in the record of the case. Any communication to the Court or staff via email must comply with Rules 21 and 21a, T.R.C.P., and to do so by the fastest means available to the other affected parties or counsel. The provisions of Canon 3B(8) of the Code of Judicial Conduct should be carefully reviewed before any person connected with a case attempts any communication with the judge or court personnel.



• DrKevinLunde_ADA_Disability_Letter_10032024.pdf
535.7 KB