# Exhibit O

## Plaintiff's Motion to Disqualify Hon. Judge Lindsey Wynne e-Service – 10/17/2024 12:01 p.m.

### (Establishes Timing & Staff Participation in Void Orders Post Disqualification)

Notification of Service for Case: 468-51752-2020, In the Matter of the Marriage of Ambreen Sahar Jafri vs. Tariq Farooq and in the Interest of S.A.F., H.A.F., F.A.F., MT.A.F. for filing Service Only, Envelope Number: 93272848

From:no-reply@efilingmail.tylertech.cloud

To:brainsurface@yahoo.com

Date:Thursday, October 17, 2024 at 12:01 PM CDT

## Message Body



# Notification of Service

Case Number: 468-51752-2020

Case Style: In the Matter of the Marriage of Ambreen Sahar Jafri vs. Tariq Farooq and in the Interest of S.A.F., H.A.F., F.A.F., MT.A.F.

Envelope Number: 93272848

This is a notification of service for the filing listed. Please click the link below to retrieve the submitted document. If the link does not work, please copy the link and paste into your browser. You can also obtain this document by following the steps on this article.

| Filing Details | |
|---|---|
| **Case Number** | 468-51752-2020 |
| **Case Style** | In the Matter of the Marriage of Ambreen Sahar Jafri vs. Tariq Farooq and in the Interest of S.A.F., H.A.F., F.A.F., MT.A.F. |
| **Date/Time Submitted** | 10/17/2024 12:00 PM CST |
| **Filing Type** | Service Only |
| **Filing Description** | PETITIONERS MOTION TO DISQUALIFY JUDGE LINDSEY WYNNE |
| **Filed By** | Tariq Farooq |
| **Service Contacts** | Ambreen Sahar Jafri:<br><br>Vanita Kirkland (vanita@tmwf.org)<br><br><br>Tariq Farooq:<br><br>Tariq Farooq (tfmy2k@yahoo.com)<br><br>Tariq Farooq (brainsurface@yahoo.com)<br><br><br>Other Service Contacts not associated with a party on the case:<br><br>Kim Quillin (kquillin@co.collin.tx.us) |

| Served Document | Download Document |
|---|---|

This link is active for 45 days. To access this document, you will be required to enter your email address. Click here for more information.

C Shiver (cshiver@firstadmin.com)

468 District Court (468@collincountytx.gov)

Robin R. Benton:

Robin Benton (rbenton@co.collin.tx.us)

Carolyn England:

Carolyn England (englandcourtreporting@gmail.com)

---

Document Details