# Exhibit P

## Plaintiff's Motion to Disqualify Hon. Judge Lindsey Wynne Email Service – 10/17/2024 12:02 p.m.

**(Establishes Timing & Staff Participation in Void Orders Post Disqualification)**

468-51752-2020 - PETITIONER'S MOTION TO DISQUALIFY JUDGE LINDSEY WYNNE
From:Tariq Farooq (brainsurface@yahoo.com)
To:kquillin@co.collin.tx.us; vanita@tmwf.org; cshiver@firstadmin.com; rbenton@co.collin.tx.us;
englandcourtreporting@gmail.com
Date:Thursday, October 17, 2024 at 12:02 PM CDT

## Message Body

Ms. Quillin,

Good Afternoon.

Enclosed with this email, please find the following which has been e-filed and e-served as well.

Cause No. 468-51752-2020:

**"PETITIONER'S MOTION TO DISQUALIFY JUDGE LINDSEY WYNNE"**

Thank you.
Tariq Farooq
214-498-9888



MotionToDisqualifyJudgeLindseyWynne_TF_10172024_CertifiedCourtCopy.pdf
5.1 MB