# Exhibit Q

## Plaintiff's Final Divorce Decree Excerpt –

## 11/17/2022

## (Slip Sheet Attached)

### (Establishes Prior Electronic Filing, Signature and Docket Entries)

### SLIP SHEET —CERTIFIED TRANSCRIPT EXHIBITS

| Exhibit | Volume | Date | Pages |
|---|---|---|---|
| Exhibit Q | | 06/26/2024-06/28/2024 | 1,45,46,47,48,49 |

CERTIFICATION: I certify that the attached pages are true copies of the certified reporter's record and/or related exhibits for the proceedings listed above

Signature: _____/s/ Tariq Farooq_____    Date: __October 29, 2025___
Printed Name: _____Tariq Farooq_____

DocuSign Envelope ID: 4515FAF0-C4A4-413F-87E1-CD048EFCBF70

Filed, 11/15/2022 12:43 PM
Lynne Finley
District Clerk
Collin County, Texas
By Madison Cox Deputy
Envelope ID: 70186660

## NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA

### NO. 468-51752-2020

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| AMBREEN SAHAR JAFRI | § | |
| AND | § | 468 JUDICIAL DISTRICT |
| TARIQ FAROOQ | § | |
| | § | |
| AND IN THE INTEREST OF | § | |
| F.A.F. AND M.A.F., CHILDREN | § | COLLIN COUNTY, TEXAS |

### FINAL DECREE OF DIVORCE

On August 25, 2022 the Court heard this case.

*Appearances*

Petitioner, AMBREEN SAHAR JAFRI, appeared in person and through attorney of record, Vanita Aphan-Kirkland, and announced ready for trial.

Respondent, TARIQ FAROOQ, appeared in person and through attorney of record, Brian Bagley, and announced ready for trial.

Also appearing was Carolyn Hill, appointed attorney ad litem of the children, the subject of this suit, and announced ready for trial.

*Record*

The record of testimony was duly reported by the court reporter for the 468 Judicial District Court.

*Jurisdiction and Domicile*

The Court finds that the pleadings of Petitioner are in due form and contain all the allegations, information, and prerequisites required by law. The Court, after receiving evidence

FINAL DECREE OF DIVORCE
JAFRI V. FAROOQ

DocuSign Envelope ID: 4515FAF0-C4A4-413F-87E1-CO048EFCBF70

IT IS ORDERED that the indemnifying party will reimburse the indemnified party, on demand, for any payment made by the indemnified party at any time after the entry of the divorce decree to satisfy any judgment of any court of competent jurisdiction or in accordance with a bona fide compromise or settlement of claims, demands, or actions for any damages to which this indemnity relates.

The parties agree and IT IS ORDERED that each party will give the other party prompt written notice of any litigation threatened or instituted against either party that might constitute the basis of a claim for indemnity under this decree.

*Clarifying Orders*

Without affecting the finality of this Final Decree of Divorce, this Court expressly reserves the right to make orders necessary to clarify and enforce this decree.

*Relief Not Granted*

IT IS ORDERED AND DECREED that all relief requested in this case and not expressly granted is denied. This is a final judgment, for which let execution and all writs and processes necessary to enforce this judgment issue. This judgment finally disposes of all claims and all parties and is appealable.

*Date of Judgment*

This divorce judicially PRONOUNCED AND RENDERED in court at COLLIN, COLLIN County, Texas, on August 25, 2022 and further noted on the court's docket sheet on the same date, but signed on ___11/17/2022___ .

_Lindsay Wynne_
JUDGE PRESIDING

FINAL DECREE OF DIVORCE
JAFRI V. FAROOQ

DocuSign Envelope ID: 4515FAF0-C4A4-413F-87E1-CD048EFCBF70

**APPROVED AS TO FORM ONLY:**

TEXAS MUSLIM WOMEN'S FOUNDATION
P.O. BOX 863388
PLANO, TX 75086
Tel: (469) 467-6241 Ext. 114
Fax: (469) 467-6249

By: *Vanita Aphan-Kirkland*
——— 6B79FD9A03BF483
Vanita Aphan-Kirkland
Attorney for Petitioner
State Bar No. 24101456
vanita@tmwf.org

LAW OFFICE OF BRIAN BAGLEY, PLLC
701 EAST 5TH STREET,
SUITE 216
PLANO, TX 75074
Tel: 972-422-2424

By:_____
Brian Bagley
Attorney for Respondent
State Bar No. 24078176
brian@bagleylawoffice.com

LAW OFFICE OF CAROLYN A. HILL. ESQ.
4144 North Central Expressway
Ste. 1200
Dallas. TX 75204
Tel: (214) 418-3867

By:_____
Carolyn A. Hill, Esq.
Attorney Ad Litem
State Bar No.: 24010050
carolynhillatty@gmail.com

FINAL DECREE OF DIVORCE
JAFRI V. FAROOQ



Page 49 of 49

DocuSign Envelope ID: 4515FAF0-C4A4-413F-87E1-CD048EFCBF70

APPROVED AND CONSENTED TO AS TO BOTH FORM AND SUBSTANCE:


Ambreen Sahar Jafri, Petitioner


Tariq Farooq, Respondent



## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Vanita Aphan-Kirkland on behalf of Vanita Aphan-Kirkland
Bar No. 24101456
vanita@tmwf.org
Envelope ID: 70186660
Status as of 11/18/2022 8:16 AM CST

Associated Case Party: AmbreenSaharJafri

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Vanita AphanKirkland | | vanita@tmwf.org | 11/15/2022 12:43:31 PM | SENT |
| Carolyn Hill | | carolynhillatly@gmail.com | 11/15/2022 12:43:31 PM | SENT |

Associated Case Party: Tariq Farooq

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Tariq Farooq | | brainsurface@yahoo.com | 11/15/2022 12:43:31 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ambreen Jafri | | ajafri@ymail.com | 11/15/2022 12:43:31 PM | SENT |







STATE OF TEXAS )
COUNTY OF COLLIN )
I, Lynne Finley, District Clerk in and for Collin County Texas,
do hereby certify that the above foregoing is a true and correct copy of the
original document as the same appears on the file in the District Court,
Collin County, Texas, Witness my hand and seal of said Court, this
the 18 day of NOV A.D., 20 25
       LYNNE FINLEY, DISTRICT CLERK
       COLLIN COUNTY, TEXAS
                                          DEPUTY