# Exhibit R

## Temporary Orders – 02/15/2024

(Establishes Prior Electronic Filing, Signature and Docket Entries and
and Deviation from the Court's Own Docket Entry)

Filed: 2/13/2024 12:03 PM
Michael Gould
District Clerk
Collin County, Texas
By Allie Waldron Deputy
Envelope ID: 84450597

**NOTICE: THIS DOCUMENT
CONTAINS SENSITIVE DATA**

CAUSE NO. <u>468-51752-2020</u>

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| AMBREEN S. JAFRI | § | |
| v. | § | **468TH JUDICIAL DISTRICT** |
| TARIQ FAROOQ | § | |
| | § | |
| AND IN THE INTEREST OF F.A.F., | § | |
| AND M-T A.F., MINOR CHILDREN | § | **COLLIN COUNTY, TEXAS** |

## FINAL ORDERS

On **February 9, 2024**, the Court heard Petitioner, Tariq Farooq, Emergency Motion for Temporary Orders and his Motion for Temporary Restraining Order, Temporary Injunction and Temporary Orders.

The Court also heard Respondent, Ambreen Sahar Jafri, Motion for Temporary Restraining Order, Temporary Injunction and Temporary Orders.

After listening to the testimonies of the parties, witnesses, and based on credible evidence presented during the hearing the court rendered the following rulings:

Petitioner's Emergency Motion for Temporary Orders is denied.
Petitioner's Motion for Temporary Restraining Order, Temporary Injunction and Temporary Orders is denied.
Respondent's Motion for Temporary Restraining Order, Temporary Injunction and Temporary Orders is denied.

**IT IS ORDERED AND DECREED** that Petitioner's Emergency Motion for Temporary Orders and Motion for Temporary Restraining Order, Temporary Injunction and Temporary Orders is <u>DENIED</u>.

**IT IS FURTHER ORDERED AND DECREED** that Respondent's Motion for Temporary Restraining Order, Temporary Injunction and Temporary Orders is <u>DENIED</u>.

2/15/2024
Signed:_____.

*Lindsay Wynne*

Presiding Judge

**Texas Muslim Women's Foundation**
P.O. Box 863388
Plano, Texas 75086
Tele: 469-467- 6241 Ext. 114

By: */s/ Vanita Aphan-Kirkland*
    Vanita Aphan-Kirkland
    SBOT # 24101456
    vanita@tmwf.org


Tariq Farooq
3500 S Echo Trail
Texas 75023
Tele: 214-498-9888


By: _____
    Tariq Farooq
    brainsurface@yahoo.com

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Vanita Aphan-Kirkland on behalf of Vanita Aphan-Kirkland
Bar No. 24101456
vanita@tmwf.org
Envelope ID: 84450597
Filing Code Description: Proposed Order
Filing Description: Final Orders
Status as of 2/16/2024 9:22 AM CST

Associated Case Party: AmbreenSaharJafri

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Vanita AphanKirkland | | vanita@tmwf.org | 2/13/2024 12:03:41 PM | SENT |

Associated Case Party: Tariq Farooq

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Tariq Farooq | | brainsurface@yahoo.com | 2/13/2024 12:03:41 PM | SENT |