# Exhibit U

## Sua Sponte Backdated and Wet-Signed Recusal Order - 11/16/2024

**(Establishes Timing & Staff Participation in Void Orders Post Disqualification)**

10/17/2024 SCANNED Page 1

CAUSE NO.: 468-51752-2020

IN THE INTEREST OF MT.A.F.

IN THE DISTRICT COURT

468TH JUDICIAL DISTRICT

COLLIN COUNTY, TEXAS

## ORDER OF RECUSAL

On this the 16th day of October, 2024, I respectfully recuse myself from hearing the above styled and numbered cause. Please assign another judge to hear this matter. The case is referred to Judge Ray Wheless, First Administrative Judicial Region.

Signed this the 16th day of October, 2024.

_____
LINDSEY WYNNE
Judge Presiding

# Exhibit V

## Excerpt of Final Trial Exhibits Volume - Plaintiff's SNAP Benefits admitted at Final Trial (Slip Sheet Attached)

### (Establishes Final Trial Findings Based On Fabrications Unsupported By Evidence)

### SLIP SHEET —CERTIFIED TRANSCRIPT EXHIBITS

| Exhibit | Volume | Date | Pages |
|---------|--------|------|-------|
| Exhibit V | 1 | 06/26/2024-06/28/2024 | 7 |

CERTIFICATION: I certify that the attached pages are true copies of the certified reporter's record and/or related exhibits for the proceedings listed above

Signature: _____/s/ Tariq Farooq_____    Date: __October 29, 2025___
Printed Name: _____Tariq Farooq_____

| 952 | Mom's income | 18 | 20 | 5 |
| PXE | Video | 61 | 62 | 5 |
| PXF | Video | 62 | 62 | 5 |
| SAA | Video | 59 | 59 | 5 |
| SAB | Video | 58 | 58 | 5 |
| XZC | Screenshots Face Time | 43 | 45 | 5 |
| XZD | Screenshots Face Time | 43 | 45 | 5 |

RESPONDENT'S (MOTHER'S)

| A | email from Tariq Farooq | 91 | 91 | 3 |
| B | Employer records | 109 | 111 | 5 |
| C | Text messages | 162 | 163 | 5 |
| D | Text messages | 165 | 165 | 5 |

July 28, 2024

| | | Offered | Admitted | Vol |
|---|---|---|---|---|
| A | Requested relief | 34 | 35 | 6 |
| 497 | Experian credit report | 37 | 37 | 6 |
| 670 | SNAP food benefits | 36 | 36 | 6 |
| 671 | SNAP food benefits | 36 | 36 | 6 |
| 954 | PISD records | 7 | 7 | 6 |