# Exhibit W

## Excerpt of Final Trial Exhibits Volume – Plaintiff's Credit History admitted at Final Trial demonstrating substantial debts (Slip Sheet Attached)

**(Establishes Final Trial Findings Based On Fabrications Unsupported By Evidence)**

### SLIP SHEET —CERTIFIED TRANSCRIPT EXHIBITS

| Exhibit | Volume | Date | Pages |
|---|---|---|---|
| Exhibit W | 1 | 06/26/2024-06/28/2024 | 7 |

CERTIFICATION: I certify that the attached pages are true copies of the certified reporter's record and/or related exhibits for the proceedings listed above

Signature: _____/s/ Tariq Farooq_____    Date: __October 29, 2025____
Printed Name: _____Tariq Farooq_____

| | | | Offered | Admitted | Vol |
|---|---|---|---|---|---|
| 952 | Mom's income | | 18 | 20 | 5 |
| PXE | Video | | 61 | 62 | 5 |
| PXF | Video | | 62 | 62 | 5 |
| SAA | Video | | 59 | 59 | 5 |
| SAB | Video | | 58 | 58 | 5 |
| XZC | Screenshots Face Time | | 43 | 45 | 5 |
| XZD | Screenshots Face Time | | 43 | 45 | 5 |

RESPONDENT'S (MOTHER'S)

| | | Offered | Admitted | Vol |
|---|---|---|---|---|
| A | email from Tariq Farooq | 91 | 91 | 3 |
| B | Employer records | 109 | 111 | 5 |
| C | Text messages | 162 | 163 | 5 |
| D | Text messages | 165 | 165 | 5 |

July 28, 2024

| | | Offered | Admitted | Vol |
|---|---|---|---|---|
| A | Requested relief | 34 | 35 | 6 |
| 497 | Experian credit report | 37 | 37 | 6 |
| 670 | SNAP food benefits | 36 | 36 | 6 |
| 671 | SNAP food benefits | 36 | 36 | 6 |
| 954 | PISD records | 7 | 7 | 6 |