# Exhibit X

## Excerpt of Final Trial Exhibits Volume - Plaintiff's Expansive Job Search On Multiple Job Search Portals Admitted At Final Trial Demonstrating Lack Of Intentional Unemployment (Slip Sheet Attached)

### (Establishes Final Trial Findings Based On Fabrications Unsupported By Evidence)

### SLIP SHEET —CERTIFIED TRANSCRIPT EXHIBITS

| Exhibit | Volume | Date | Pages |
|---|---|---|---|
| Exhibit X | 1 | 06/26/2024-06/28/2024 | 9 |

CERTIFICATION: I certify that the attached pages are true copies of the certified reporter's record and/or related exhibits for the proceedings listed above

Signature: _____/s/ Tariq Farooq_____    Date: __October 29, 2025___
Printed Name: _____Tariq Farooq_____

| NO. | DESCRIPTION | OFFERED | ADMITTED | VOL. |
|---|---|---|---|---|
| SAA | Video | 59 | 59 | 5 |
| SAB | Video | 58 | 58 | 5 |
| XZC | Screenshots Face Time | 43 | 45 | 5 |
| XZD | Screenshots Face Time | 43 | 45 | 5 |
| 11 | Termination letter | 107 | 110 | 3 |
| 15 | Transcript of 2/9/24 Hearing | 22 | 22 | 5 |
| 67 | email | 107 | 110 | 3 |
| 127 | Video | 57 | 57 | 5 |
| 130 | Video | 160 | 161 | 4 |
| 134 | Video | 159 | 159 | 4 |
| 142 | Video | 64 | 65 | 5 |
| 167 | Screen shot LinkedIn | 70 | 71 | 5 |
| 168 | Screen shot Dice | 70 | 71 | 5 |
| 187 | Discovery list | 63 | 63 | 3 |
| 188 | Vexatious litigation docs | 42 | 43 | 3 |
| 201 | Vexatious litigation docs | 42 | 43 | 3 |
| 203 | Vexatious litigation docs | 42 | 43 | 3 |
| 250 | MTAF health records | 148 | 153 | 4 |
| 251 | Health records | 42 | 43 | 5 |
| 301 | Video | 63 | 63 | 5 |
| 478 | Children Medical Center Records | 30 | 32 | 5 |
| 497 | Experian credit report | 37 | 37 | 6 |