# Exhibit Z

## Mother's Notice of Hearing for Motion of Entry of Final Order

### (Establishes Proof Of Judicial Misconduct Against Plaintiff)

Filed: 9/23/2024 3:55 PM
Michael Gould
District Clerk
Collin County, Texas
By Jessica Peltier Deputy
Envelope ID: 92347446

**CAUSE NO. 468-51752-2020**

| | | |
|---|---|---|
| IN THE MATTER OF THE MARRIAGE OF | § § § | IN THE DISTRICT COURT |
| AMBREEN SAHAR JAFRI AND TARIQ FAROOQ | § § § § § | |
| | § | 468th JUDICIAL DISTRICT |
| AND IN THE INTEREST OF H.A.F., F.A.F., AND MT.A.F., MINOR CHILDREN | § § § § § | COLLIN COUNTY, TEXAS |

**NOTICE OF HEARING**

You are hereby notified that the above styled and numbered cause of action is set for a Hearing on Respondent's Motion For Entry of the Final Order in the Motion to Modify the Parent-Child Relationship:

on the **10th day of October 2024, at 1:30 P.M.**

The hearing will be held in person at the 468th District Court of the Russell A. Steindam Courts Building, located at 22100 Bloomdale Road, Suite 20276, McKinney, Texas 75071.

The Court's designated contact information can be found at:https://www.collincountytx.gov/Courts/District-Courts/469dc

Failure of a participant to appear as directed may have prejudicial consequences, including the issuance of an order by default affecting a participant's rights; dismissal of a participant's existing claims, if any; monetary sanctions; or other consequences that detrimentally affect a participant's ongoing involvement in the litigation.

Instructions for submitting evidence: See the Court's instructions available at:https://www.collincountytx.gov/Courts/District-Courts/469dc

Dated _____9/24/2024_____

_____
Judge or Clerk of the Court

**THE ATTORNEY OR PARTY REQUESTING THE COURT HEARING SHALL NOTIFY ALL PARTIES OF THE COURT HEARING BY SENDING THEM A COPY OF THIS NOTICE. THE ATTORNEY OR PARTY REQUESTING THE COURT HEARING SHALL BRING TO THE COURT HEARING VERFICATION THAT THIS NOTICE WAS SENT TO EACH PARTY OR ATTORNEY OF RECORD.**

### Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Vanita Aphan-Kirkland on behalf of Vanita Aphan-Kirkland
Bar No. 24101456
vanita@tmwf.org
Envelope ID: 92347446
Filing Code Description: Notice
Filing Description:
Status as of 9/27/2024 8:14 AM CST

Associated Case Party: AmbreenSaharJafri

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Vanita AphanKirkland | | vanita@tmwf.org | 9/23/2024 3:55:05 PM | SENT |

Associated Case Party: Tariq Farooq

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Tariq Farooq | | brainsurface@yahoo.com | 9/23/2024 3:55:05 PM | SENT |