# Exhibit AA

**Email Correspondence between Plaintiff and 468 Court Coordinator Kim Quillin on 10/09/2024 regarding Motion to Modify, Correct or Reform Judgment**

**(Establishes Proof Of Judicial Misconduct Against Plaintiff)**

MOTION TO MODIFY, CORRECT OR REFORM THE JUDGEMENT
From:Tariq Farooq (brainsurface@yahoo.com)
To:kquillin@co.collin.tx.us
Cc:vanita@tmwf.org
Date:Wednesday, October 9, 2024 at 01:59 AM CDT

## Message Body

Ms. Quillin,

Greetings.

I have e-filed and e-served the following along with a Notice of Hearing for Oct 10, 2024 at 1:30pm (Also enclosed with this email).

"MOTION TO MODIFY, CORRECT OR REFORM THE JUDGEMENT"

I am requesting that Judge Wynne read the aforementioned motion, correct the memorandum ruliung and issue a new memorandum ruling in its stead. Alternatively, I am requesting that the aforementioned Motion be added to the hearing on October 10, 2024.

A NOH has already been e-filed and e-served.

Thank you.
Tariq Farooq
214-498-9888



   MotionToModifyCorrectOrReformTheJudgement_TF_10092024_NOH.pdf
   148 KB



   MotionToModifyCorrectOrReformTheJudgement_TF_10092024_Combined.pdf
   1.6 MB