# Exhibit AB

**Original Copies of the Collin County District Clerk Attesting to the Date and Timestamps of the Manual Backdated Entry of Final Order and Recusal Order**

**(Establishes Timing & Staff Participation In Void Orders Post Disqualification)**



Michael Gould
District Clerk
2100 Bloomdale Rd
McKinney, Texas 75071
972-548-4315

06/04/2025
RE: Copies of time and date stamps
For: Tariq Farooq

I attest that the date and time stamps appearing on the Documents labeled 1 & 2 with a highlighted area in yellow and initialed by my hand in blue ink this day, are screen shots from our internal case management system showing the exact time and date that each of the documents were filed into the case.

Thank you,

Michael Gould
Collin County District Clerk



Document 1 (N)
Date & Time Stamp

**MISS** Motion to Dismiss for Want of Prosecution

Modify Judgment

Type  Order to Modify Parent Child Rel▼  Judge  Wynne, Lindsey ▼

Date  10/16/2024 📅        Does not affect aging clock ▼

**Comment**

Comment  Final Order in Suit to Modify Parent-
Child Relationship

Judgment            Add

Save      Exit

Created: 10/17/2024 2:17 PM Whitteker, Rachael

Document 2
Date + Timestamp