# Exhibit AC

## Email Correspondence By Collin County District Clerk Rachael Whittaker for Final Judgment Letters

### (Establishes Timing & Staff Participation In Void Orders Post Disqualification)

**From:**        Rachael Whittaker
**To:**          "vanita@tmwf.org"
**Subject:**     468-51752-2020 / Judgment Letter
**Date:**        Thursday, October 17, 2024 2:50:16 PM
**Attachments:** Judgment Letter.pdf
                 image001.png

468-51752-2020 / Judgment Letter

*Rachael Whittaker*

468th Family Court Clerk
Collin County District Clerk II
2100 Bloomdale Rd, Suite 12132
McKinney TX 75071
rwhittaker@co.collin.tx.us
972-548-4199



*Extraordinary Service. Every Time.*

The material in this e-mail is intended only for the use of the individual to whom it is addressed and may contain information that is confidential, privileged, and exempt from disclosure under applicable law. If you are not the intended recipient, be advised that the unauthorized review, use, disclosure, duplication, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you have received this e-mail in error, please notify the sender by return email and destroy all electronic and paper copies of the original message and any attachments immediately. Please note that neither Collin County nor the sender accepts any responsibility for viruses and it is your responsibility to scan attachments (if any).

| | |
|---|---|
| **From:** | Rachael Whittaker |
| **To:** | "Tariq Farooq"; "tariq.farooq@brainsurface.com" |
| **Subject:** | 468-51752-2020 / Judgment Letter |
| **Date:** | Thursday, October 17, 2024 2:49:54 PM |
| **Attachments:** | Judgment Letter.pdf |
| | image001.png |

468-51752-2020 / Judgment Letter

*Rachael Whittaker*

468th Family Court Clerk
Collin County District Clerk II
2100 Bloomdale Rd, Suite 12132
McKinney TX 75071
rwhittaker@co.collin.tx.us
972-548-4199



*Extraordinary Service. Every Time.*

The material in this e-mail is intended only for the use of the individual to whom it is addressed and may contain information that is confidential, privileged, and exempt from disclosure under applicable law. If you are not the intended recipient, be advised that the unauthorized review, use, disclosure, duplication, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you have received this e-mail in error, please notify the sender by return email and destroy all electronic and paper copies of the original message and any attachments immediately. Please note that neither Collin County nor the sender accepts any responsibility for viruses and it is your responsibility to scan attachments (if any).