# Exhibit AD

## Email Response By 468 Court Coordinator For Recusal and Final Order on 10/17/2024 3:22 P.M.

### (Establishes Timing & Staff Participation In Void Orders Post Disqualification)

468-51752-2020
From:Kim Quillin (kquillin@co.collin.tx.us)
To:brainsurface@yahoo.com; vanita@tmwf.org
Date:Thursday, October 17, 2024 at 03:22 PM CDT

# Message Body

Thank you,
Kim Quillin
468th District Court Coordinator
972-547-7260
kquillin@co.collin.tx.us
468@collincountytx.gov

Please note: Your case will not be added to the docket until a notice of hearing or scheduling order is on file. Prove ups for agreed divorce can be done by affidavit which can be found on the 468th website listed below or contact me and I will email you one. No prove up or affidavit is needed for Agreed SAPCR or Modifications.
www.collincountytx.gov/Courts/District-Courts/468dc
Thank you.

NOTE: All email correspondence relating to pending cases will be filed with the District Clerk for inclusion in the record of the case. Any communication to the Court or staff via email must comply with Rules 21 and 21a, T.R.C.P., and to do so by the fastest means available to the other affected parties or counsel. The provisions of Canon 3B(8) of the Code of Judicial Conduct should be carefully reviewed before any person connected with a case attempts any communication with the judge or court personnel.



- SKM_450i24101713320.pdf
  1.6MB



- SKM_450i24101713321.pdf
  24.9kB