# Exhibit AE

## Certified Final Trial Transcript Excerpt –

## Improperly Declaring Plaintiff A Hostile Witness,

## Helping Opposing Counsel With Locating

## Exhibits While Running Plaintiff's Clock On

## Opposing Counsel's Cross-Examination

### (Supports Judicial Misconduct claims)

### SLIP SHEET —CERTIFIED TRANSCRIPT EXHIBITS

| Exhibit | Volume | Date | Pages |
|---|---|---|---|
| Exhibit AE | 5 | 06/27/2024 | 92-24 |

CERTIFICATION: I certify that the attached pages are true copies of the certified reporter's record and/or related exhibits for the proceedings listed above

Signature: _____/s/ Tariq Farooq_____    Date: __October 29, 2025___
Printed Name: _____Tariq Farooq_____

Q.   Mr. Farooq, according to the document I have in my hand that you submitted yesterday, you told staff at the hospital your son saw a psychiatrist last year for intensive behavior therapy which was recommended. However, mom denied patient access to treatment by refusing to give consent.  Who is the psychiatrist that you took your son to see last year?

A.   Does it say mom or who?  You just said mom.

THE COURT:  Please answer the question. She's asked you twice.  Who is the psychiatrist?

A.   Dr. Katherine Bellone.  And no, I did not take him there.

Q.   Mr. Farooq.

A.   Yes, ma'am.

Q.   You told them that mom is denying the child to get help from a psychiatrist.  Now you're telling the Court that mom was the one who took the child to see the psychiatrist.

A.   One time in three years, yes, ma'am.

Q.   Mr. Farooq, yes or no?

A.   What was your question again?  I'm sorry.  I am confused by your question.  I really am.

Q.   I am going to go sit down for a second.  I'm going to change my line of questioning.

THE COURT:  At this point in time, I

understand he is a hostile witness in terms of how he's responding to your questions. You are going to be given leeway in this Court. You have already gotten leeway in terms of cross-examining, but in terms of asking leading questions because of his refusal to answer questions and because of the hostile nature of how he is answering questions.

MR. FAROOQ: Your Honor, I object to that, I can't --

THE COURT: Please stop.

MS. APHAN-KIRKLAND: May I approach?

THE COURT: You may.

Q. (By Ms. Aphan-Kirkland) Mr. Farooq, I'm showing you these documents here. This is Respondent's Exhibit I. Do you recognize that document? I have already turned those over to you, Mr. Farooq. Do you recognize the document, the name of the document? The name of the document?

A. I'm looking through it.

Q. I didn't ask you to look over it. I asked do you recognize the name of the document?

A. I do.

Q. What is it?

A. It says first amended petition and modified parent/child relationship.

Q.    And that is the petition that you filed with the Court; is that correct?

A.    That is a petition, correct.

Q.    That you filed with the Court; is that correct?

A.    That is correct.

Q.    Mr. Farooq, I'm giving you what's marked as Exhibit -- still Exhibit I for us, for Respondent.  Can you please name that document?

A.    It's a motion for emergency temporary orders.

Q.    When was that filed?

A.    5/30, 2023.

Q.    So that would be May 30th, 2023; is that correct?

A.    Correct.

Q.    Was that document filed by you?

A.    Yes, ma'am, it was.

Q.    Sir, I'm giving you also what continues to be Exhibit I for Respondent.  Do you recognize this document?

A.    I do.

Q.    What is the heading of the document?

A.    Motion for emergency temp -- this doesn't have a date on it.  This doesn't have a date stamp on it.

Q.    Mr. Farooq, that is a document you filed with