# Exhibit AF

## Clerk's Record Excerpt

## (Slip sheet attached)

### (Supports Facts Detailing Judicial Misconduct, Bias, Prejudice, Denial Of ADA Accommodations)

### SLIP SHEET —CERTIFIED TRANSCRIPT EXHIBITS

| Exhibit | Volume | Date | Pages |
|---------|--------|------|-------|
| Exhibit AF | 1 | 12/19/2024 | All |

CERTIFICATION: I certify that the attached pages are true copies of the certified reporter's record and/or related exhibits for the proceedings listed above

Signature:  _____/s/ *Tariq Farooq*_____   Date: __October 29, 2025___

Printed Name: _____Tariq Farooq_____

**Clerk's Record**

**Volume 1 of 1**

**Trial Court Cause No. 416-51752-2020**

**In The District Court of Collin County, Texas**
**Andrea Thompson, Judge Presiding**

---

**In the Matter of the Marriage of Ambreen Sahar Jafri vs. Tariq Farooq and in the Interest of S.A.F., H.A.F., F.A.F., MT.A.F.**

---

**Appealed to the Court of Appeals for the 5th District of Texas, Dallas, Texas**

---

**Pro Se Appellant: Tariq Farooq**
**3500 S. Echo Trail**
**Plano TX 75023**
**Telephone: 214-498-9888**
**Email: brainsurface@yahoo.com**

---

**Delivered in electronic form to the Court of Appeals**
**for the 5th District of Texas, Dallas, Texas**

**On the 19th day of December, 2024.**

**Michael Gould, District Clerk**

By: _____, Deputy Clerk
**Karli Curtius**

---

**Appellate Court Cause No. 05-24-01246-CV**
**Filed in the Court of Appeals for the 5th District of Texas at Dallas, Texas**

**This _____ day of _____, 2024.**

_____, Clerk

_____, Deputy

**1**

TRIAL COURT CAUSE NO. 416-51752-2020

In the Matter of the Marriage of Ambreen
Sahar Jafri vs. Tariq Farooq and in the
Interest of S.A.F., H.A.F., F.A.F., MT.A.F.

416th District Court

Of Collin County, Texas

| INDEX | FILE/SIGNED | PAGE |
|---|---|---|
| Cover Sheet | | 1 |
| Index | | 2 |
| Caption | | 9 |
| Docket Sheet | | 10 |
| Original Petition for Divorce (OCA) $350.00 | 03/24/2020 | 43 |
| Designation of Attorney in Charge | 04/14/2021 | 54 |
| Respondent's Motion for Continuance | 04/19/2021 | 56 |
| Agreed Order to Deposit Funds into the Registry of the Court | 07/27/2021 | 60 |
| Discovery Control Plan and Scheduling Order | 02/03/2022 | 63 |
| Notice of Hearing for Continuation of Final Trial | 05/19/2022 | 65 |
| Court's Memorandum Ruling | 08/25/2022 | 67 |
| Final Decree of Divorce | 11/17/2022 | 69 |
| Motion For New Trial | 11/21/2022 | 117 |
| Request for Findings of Fact and Conclusions of Law | 11/21/2022 | 125 |
| Respondent's Motion for New Trial Notice of Hearing | 11/28/2022 | 127 |
| Notice of Appeal | 12/02/2022 | 130 |
| Motion for Reconsideration | 12/02/2022 | 134 |
| Respondent's Motion to Freeze Funds Held in the Court's Registry Pending The outcome of the Appeal Process | 12/02/2022 | 145 |
| Appeals - Filed NOA with the COA and emailed to Court Reporter | 12/05/2022 | 149 |

2

Appeals - Correspondence - Request for Letter of Designation sent to Pro Se Appellant ............................................................. 12/05/2022    151

Respondent's Notice of Past Due Findings of Fact and Conclusions of Law ...................................................................... 12/12/2022    153

Letter - Notification of New Employment ............................... 12/16/2022    160

Petitioner's Proposed Findings of Fact and Conclusions of Law ...... 01/12/2023    161

Findings of Fact and Conclusions of Law ............................... 01/30/2023    175

Subpoena Duces Tecum ..................................................... 02/20/2023    179

Subpoena Duces Tecum ..................................................... 02/20/2023    180

Motion to Request "Separate Hearings for Motions Filed by Respondent" ................................................................... 02/22/2023    181

Motion to Recuse Honorable Judge Lindsey Wynne .................... 03/20/2023    186

Notice of Hearing ........................................................... 04/18/2023    193

Petition to Modify Parent- Child Relationship .......................... 12/07/2023    196

Motion for Emergency Temporary Orders ............................... 12/08/2023    217

Petitioner's Motion for Order Declaring Respondent a Vexatious Litigant and Requiring Security ........................................... 01/11/2024    347

Demand for Jury Trial for Final Trial of Petition to Modify Parent Child Relationship ........................................................... 01/12/2024    353

Certificate of Service for Business Records Affidavit and Records ... 01/17/2024    356

First Amended Petition to Modify Parent-Child Relationship ......... 01/18/2024    359

Petitioner's Motion for Temporary Restraining Order, Temporary Injunction and Temporary Orders ........................................ 02/05/2024    385

Respondent's Motion for Temporary Restraining Order, Temporary Injunction and Temporary Orders ........................................ 02/06/2024    416

Respondent's Amended Motion for Temporary Restraining Order, Temporary Injunction and Temporary Orders .......................... 02/06/2024    431

3

Respondent's Response in Opposition to Petitioner's Motion for Order Declaring Respondent a Vexatious Litigant and Requiring Security ................................................................ 02/08/2024 446

Final Orders ................................................................ 02/15/2024 461

Petitioner's Rule 194 Request for Disclosure ............................ 02/26/2024 464

Petitioner's Request for Production and Inspection ..................... 02/26/2024 471

Interrogatories to Ambreen Sahar Jafri ................................. 02/26/2024 483

Plano Independent School District's Motion to Quash and for Protective Order ........................................................ 03/04/2204 493

Verified Motion To Recuse Honorable Judge Lindsey Wynne ........ 03/27/2024 514

First Amended Verified Motion to Recuse Honorable Judge Lindsey Wynn ................................................................... 03/27/2024 556

Order of Referral on Motion to Recuse ................................. 03/28/2024 605

Order Denying Motion to Recuse ....................................... 04/05/2024 606

Petitioner's Motion to Compel Discovery Responses and Response to Respondent's Objections and For Sanctions ...................... 04/19/2024 608

Respondent's Response to Petitioner's Motion to Compel Discovery Responses and Response to Respondent's Objections and for Sanctions ............................................................. 04/24/2024 618

Motion to Seal the Court Record ....................................... 04/29/2024 625

Motion for Additional Time Per Side in the Final Jury Trial .......... 04/29/2024 630

Notice of Hearing ..................................................... 05/03/2024 635

Appeals - Notice Of Appeal ............................................ 05/03/2024 638

Motion to Compel Discovery and Motion for Sanctions ............... 05/22/2024 644

Amended Motion for Order Declaring Tariq Farooq a Vexatious Litigant And Requiring Security ....................................... 05/22/2024 660

First Motion for Continuance of Final Trial ........................... 06/14/2024 667

4

Motion for Judge to Confer with the Child ……………………………… 06/14/2024    671

Respondent's Response in Opposition to Petitioner's Motion for Order Declaring Respondent a Vexatious Litigant and Requiring Security ………………………………………………………… 06/14/2024    675

Petitioner's Response In Opposition to Plano ISD's Multiple Motions to Quash and For Protective Order ……………………………….. 06/14/2024    682

Request for Findings of Fact and Conclusions of Law for Final Order on Motion to Recuse The Honorable Judge Lindsey Wynne ... 06/14/2024    736

Petitioner's Response to Respondent's Motion to Compel Discovery Responses and For Sanctions ……………………………….. 06/14/2024    739

First Amended Motion for Further Temporary Orders ……………... 06/17/2024    742

Order Granting Plano ISD's Motion to Quash and Motion for Protection ………………………………………………………… 06/17/2024    849

Charge of the Court ………………………………………………….. 06/28/2024    853

Panel Selection Report - Jury Chosen ……………………………… 07/02/2024    865

Peremptory Challenges ……………………………………………... 07/02/2024    866

Peremptory Challenges ……………………………………………... 07/02/2024    867

Panel Random List ………………………………………………….. 07/02/2024    868

Appeals – Correspondence ………………………………………….. 07/11/2024    870

Motion to Withdraw Funds in the Court's Registry ………………… 07/25/2024    875

Appeals - Cover Letter ……………………………………………... 07/29/2024    886

Appeals - Judgment And Opinion - Memorandum Opinion – Affirmed ……………………………………………………………. 07/29/2024    888

Appeals – Correspondence ………………………………………….. 08/06/2024    894

Court's Memorandum Ruling ……………………………………….. 08/20/2024    899

Notice of Hearing …………………………………………………... 08/22/2024    901

Appeals - Cover Letter ……………………………………………... 09/09/2024    903

5

Appeals - Judgment And Opinion - Memorandum Opinion – Dismissed ..................................................................... 09/09/2024    905

Notice of Hearing .................................................................. 09/10/2024    907

Affidavit of Vanita Aphan-Kirkland in Support of Motion for Attorney Fees and Costs ...................................................... 09/11/2024    909

Petitioner's Objections to an Associate/Visiting Judge for Hearing of the Various Motions Set for September 20, 2024 ........................ 09/16/2024    915

Statement of Inability ............................................................ 09/16/2024    921

Motion for Additional Time Per Side In All Currently Set and Suture Hearings .................................................................. 09/17/2024    937

Motion for Presiding Judge to Hear Case ................................. 09/17/2024    942

Indigency Flow Sheet ........................................................... 09/19/2024    948

Contest of Affidavit of Inability to Pay .................................... 09/23/2024    949

Contest of Affidavit of Inability to Pay .................................... 09/23/2024    952

Notice of Hearing .................................................................. 09/24/2024    955

Motion to Strike Hearing and for Sanctions and Objections to Contest of Affidavit of Inability to Pay by Court Reporters Robin Benton and Carolyn England .................................................. 10/07/2024    957

Petitioner's Suggested Rulings ................................................ 10/08/2024    997

Motion for Entry of Final Order in Suit to Modify Parent-Child Relationship ....................................................................... 10/09/2024    999

Motion to Modify, Correct or Reform the Judgment ................... 10/10/2024    1039

Amended Motion for Entry of Final Order in Suit to Modify Parent-Child Relationship ....................................................... 10/14/2024    1080

Motion to Dismiss for Want of Prosecution .............................. 10/15/2024    1120

Petitioner's Motion for Extension of Time to File Objections to Respondent's Amended Order Filed After the Court Deadline ......... 10/15/2024    1167

Petitioner's Objections to Proposed Final Order ......................... 10/15/2024    1211

**6**

Final Order in Suit to Modify Parent-Child Relationship ...............    10/16/2024    1297

Order of Recusal ..............................................................    10/16/2024    1333

Petitioner's Motion to Disqualify Judge Lindsey Wynne ...............    10/17/2024    1334

Mailed - Emailed Judgment Letters .......................................    10/17/2024    1394

Order Transferring ...........................................................    10/21/2024    1398

Request for Findings of Fact and Conclusions of Law .................    10/22/2024    1399

Amended Request for Findings of Fact and Conclusions of Law .......    10/22/2024    1409

Notice of Appeal .............................................................    10/22/2024    1418

Motion to the First Administrative Judicial Region For Investigation
and Action on Recusal Order and Final Order Signed by Judge
Lindsey Wynne on October 16, 2024 .....................................    10/22/2024    1424

Appeals - Filed NOA with the COA and emailed to Court Reporter    10/23/2024    1550

Appeals - Correspondence - Sent Request for Letter of Designation
to Appellant ..................................................................    10/23/2024    1552

Appeals – Correspondence .................................................    10/24/2024    1554

Motion to Vacate and Declare the Recusal Order and Final Order
Illegal ........................................................................    10/28/2024    1561

Petitioner's Motion for New Trial .........................................    10/28/2024    1675

Statement of Inability to Afford Payment of Court Costs or an
Appeal Bond .................................................................    10/28/2024    1724

Petitioner's Motion to Stay the Judgement Pending the Outcome of
the Appeal ...................................................................    10/28/2024    1747

Petition to Modify Parent-Child Relationship ...........................    10/29/2024    1797

Statement of Inability to Afford Payment of Court Costs or an
Appeal Bond .................................................................    10/29/2024    1814

Request for Citation $8.00 .................................................    10/29/2024    1829

Citation .......................................................................    10/29/2024    1830

7

First Amended Verified Motion To The First Administrative Judicial Region For investigation And Action On Recusal Order And Final Order Signed By Judge Lindsey Wynne On October 16, 2024 ................................................................................    10/29/2024    1831

Notice of Past Due Findings of Fact and Conclusion of Law ..........    11/25/2024    1930

Appellant's Designation of Items to be Included in Clerk's Record ...    11/25/2024    1934

Cost Bill ...................................................................................    1942

Certification ...............................................................................    1943

8

STATE OF TEXAS                    *

COUNTY OF COLLIN                  *

In the 468th District Court of Collin County, Texas, The Honorable Lindsey Wynne, Judge presiding, the following proceedings were held and the following instruments and other papers were filed in this cause, to wit:

468-51752-2020

In the Matter of the Marriage of                    In the 468th District Court
Ambreen Sahar Jafri vs. Tariq
Farooq and in the Interest of S.A.F.,
H.A.F., F.A.F., MT.A.F.

                                                    Of Collin County, Texas

9