# Exhibit AG

## Supplemental Clerk's Record Excerpt

## (Slip sheet attached)

**(Supports Facts Detailing Judicial Misconduct, Bias, Prejudice, Denial Of ADA Accommodations)**

### SLIP SHEET —CERTIFIED TRANSCRIPT EXHIBITS

| Exhibit | Volume | Date | Pages |
|---|---|---|---|
| Exhibit AG | 1 | 07/10/2025 | All |

CERTIFICATION: I certify that the attached pages are true copies of the certified reporter's record and/or related exhibits for the proceedings listed above

Signature: _____/s/ *Tariq Farooq*_____     Date: __October 29, 2025___

Printed Name: _____Tariq Farooq_____

Clerk's Record

Volume 1 of 1

Trial Court Cause No. 468-51752-2020

In The District Court of Collin County, Texas
Lindsey Wynne, Judge Presiding

In the Matter of the Marriage of Ambreen Sahar Jafri vs. Tariq Farooq and in the Interest of S.A.F., H.A.F., F.A.F., MT.A.F.

Appealed to the Court of Appeals for the 5th District of Texas, Dallas, Texas

Attorney for Appellant: Pro Se Appellant: Tariq Farooq
3500 S. Echo Trail
Plano TX 75023
Telephone: 214-498-9888
Email: brainsurface@yahoo.com

Delivered in electronic form to the Court of Appeals
for the 5th District of Texas, Dallas, Texas

On the 10th day of July, 2024.

Michael Gould, District Clerk

By: _____, Deputy Clerk
Karli Curtius

Appellate Court Cause No. 05-24-00528-CV
Filed in the Court of Appeals for the 5th District of Texas at Dallas, Texas

This _____ day of _____, 2024.

_____, Clerk

_____, Deputy

1

TRIAL COURT CAUSE NO. 468-51752-2020

In the Matter of the Marriage of Ambreen Sahar Jafri vs. Tariq Farooq and in the Interest of S.A.F., H.A.F., F.A.F., MT.A.F.

In The 468th District Court

Of Collin County, Texas

| INDEX | FILE/SIGNED | PAGE |
|---|---|---|
| Cover Sheet .......................................................... | | 1 |
| Index .................................................................. | | 2 |
| Caption .............................................................. | | 5 |
| Docket Sheet ....................................................... | | 6 |
| Original Petition for Divorce (OCA) $371.00 ........................ | 03/24/2020 | 35 |
| Designation of Attorney in Charge ...................................... | 04/14/2021 | 46 |
| Agreed Order to Deposit Funds into the Registry of the Court ........ | 07/27/2021 | 48 |
| Discovery Control Plan and Scheduling Order .......................... | 02/03/2022 | 51 |
| Notice of Hearing for Continuation of Final Trial ...................... | 05/19/2022 | 53 |
| Court's Memorandum Ruling ........................................... | 08/25/2022 | 55 |
| Final Decree of Divorce ................................................ | 11/17/2022 | 57 |
| Motion For New Trial .................................................. | 11/21/2022 | 105 |
| Request for Findings of Fact and Conclusions of Law ................. | 11/21/2022 | 113 |
| Respondent's Motion for New Trial Notice of Hearing ................ | 11/28/2022 | 115 |
| Notice of Appeal ...................................................... | 12/02/2022 | 118 |
| Motion for Reconsideration ............................................ | 12/02/2022 | 122 |
| Respondent's Motion to Freeze Funds Held in the Court's Registry Pending The outcome of the Appeal Process .......................... | 12/02/2022 | 133 |
| Appeals - Filed NOA with the COA and emailed to Court Reporter.. | 12/05/2022 | 137 |

Appeals – Correspondence Request for Letter of Designation sent to Pro Se Appellant ……………………………………………….. 12/05/2022 139

Respondent's Notice of Past Due Findings of Fact and Conclusions of Law ……………………………………………………….. 12/12/2022 141

Notification of New Employment …………………………….... 12/16/2022 148

Petitioner's Proposed Findings of Fact and Conclusions of Law …… 01/12/2023 149

Findings of Fact and Conclusions of Law ………………….….. 01/30/2023 163

Subpoena Duces Tecum …………………………………….. 02/20/2023 167

Subpoena Duces Tecum …………………………………….. 02/20/2023 168

Motion to Request "Separate Hearings for Motions Filed by Respondent" ……………………………………………….. 02/22/2023 169

Motion to Recuse Honorable Judge Lindsey Wynne ……………… 03/20/2023 174

Order of Referral on Motion to Recuse …………………….….. 03/22/2023 181

Order Denying Motion to Recuse ……………………………... 04/03/2023 182

Notice of Hearing ……………………………………………… 04/18/2023 183

Motion for Emergency Temporary Orders ……………………… 05/30/2023 186

Final Order ……………………………………………….. 06/28/2023 231

Petition to Modify Parent- Child Relationship ………………….... 12/07/2023 233

Motion for Emergency Temporary Orders ……………………… 12/08/2023 254

Petitioner's Motion for Order Declaring Respondent a Vexatious Litigant and Requiring Security ………………………………... 01/11/2024 384

First Amended Petition to Modify Parent-Child Relationship ……... 01/18/2024 390

Verified Motion To Recuse Honorable Judge Lindsey Wynne …….. 03/27/2024 416

First Amended Verified Motion to Recuse Honorable Judge Lindsey Wynn …………………………………………………….. 03/27/2024 458

Order of Referral on Motion to Recuse …………………….….. 03/28/2024 507

| Order Denying Motion to Recuse | 04/05/2024 | 508 |
| Notice of Appeal | 05/03/2024 | 510 |
| Petitioner's Designation of Items to be Included in Clerk's Record | 06/14/2024 | 516 |
| Cost Bill | | 520 |
| Certification | | 521 |

STATE OF TEXAS          *

COUNTY OF COLLIN       *

In the 468th District Court of Collin County, Texas, The Honorable Lindsey

Wynne, Judge presiding, the following proceedings were held and the following

instruments and other papers were filed in this cause, to wit:

468-51752-2020

| | |
|---|---|
| In the Matter of the Marriage of Ambreen Sahar Jafri vs. Tariq Farooq and in the Interest of S.A.F., H.A.F., F.A.F., MT.A.F. | In the 468th District Court<br><br>Of Collin County, Texas |

DISTRICT CLERK
# DOCKET SHEET
### CASE NO. 468-51752-2020

| | | |
|---|---|---|
| In the Matter of the Marriage of Ambreen Sahar Jafri vs. Tariq Farooq and in the Interest of S.A.F., H.A.F., F.A.F., MT.A.F. | § § § § § § § | Location: **468th District Court** |
| | | Judicial Officer: **Wynne, Lindsey** |
| | | Filed on: **03/24/2020** |
| | | Appeal: **05-22-01292-CV** |
| | | **05-24-00528-CV** |
| | | Attorney General: **0014333631** |

---

## CASE INFORMATION

**Statistical Closures**
11/17/2022    Final Judgment After Non-Jury Trial

Case Type: **Divorce with Children**

Case Flags: **Sealed**
**Jury Fee Paid**
**Money in Court Registry Account**
**Affidavit of Indigency Filed**
**Appeal Filed - Don't Expunge Case or Records**

---

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**

| | |
|---|---|
| Case Number | 468-51752-2020 |
| Court | 468th District Court |
| Date Assigned | 03/24/2020 |
| Judicial Officer | Wynne, Lindsey |

---

## PARTY INFORMATION

| Petitioner | **Jafri, Ambreen Sahar** | **Aphan - Kirkland, Vanita** |
|---|---|---|
| | | *Retained* |
| | | 469-467-6241 x114(W) |
| Respondent | **Farooq, Tariq** | |
| | | **Pro Se** |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|

03/24/2020    Original Petition for Divorce (OCA) $371.00
Party: Petitioner Jafri, Ambreen Sahar

03/24/2020    Statement/Affidavit of Inability to Pay
*Statement of Inability to Afford Payment of Court Costs or an Appeal Bond*
Party: Petitioner Jafri, Ambreen Sahar

06/01/2020    Request for Citation by Certified Mail $83.00
Party: Petitioner Jafri, Ambreen Sahar

06/02/2020    **Citation**
Farooq, Tariq        served 06/08/2020

06/01/2020    Waiver of Service
*Waiver of Service Only (Specific Waiver)*
Party: Respondent Farooq, Tariq

*Printed on 07/10/2024 at 8:48 AM*

DISTRICT CLERK

# DOCKET SHEET

CASE NO. 468-51752-2020

| | |
|---|---|
| 06/10/2020 | Green Card Service Return by Certified Mail<br>*Tariq Farooq* |
| 08/24/2020 | Notice of Appearance |
| 11/25/2020 | Notice of Hearing |
| 12/02/2020 | *CANCELED* **Dismissal for Want of Prosecution** |
| 12/03/2020 | Discovery Control Plan and Scheduling Order |
| 02/16/2021 | *CANCELED* **Trial Before the Court**<br>*45 min/side* |
| 02/22/2021 | Notice of Hearing |
| 03/30/2021 | *CANCELED* **Trial Before the Court** |
| 03/31/2021 | Notice of Hearing |
| 04/14/2021 | Designation of<br>*Designation of Attorney in Charge* |
| 04/19/2021 | Motion for Continuance<br>*Respondent's Motion for Continuance*<br>Party: Respondent Farooq, Tariq |
| 04/19/2021 | Motion<br>*Motion to Deny Respondent's Request for Continuance of Trial Date and the Issuance of Temporary Orders*<br>Party: Petitioner Jafri, Ambreen Sahar |
| 04/21/2021 | *CANCELED* **Trial Before the Court** |
| 04/21/2021 | *CANCELED* **Trial Before the Court**<br>*motion for continuance* |
| 04/21/2021 | Original Answer<br>*Defendant's Original Answer* |
| 04/21/2021 | General Docket Entry<br>*Case called. Parties appeared with counsel. Interim agreements put on the record. Temporary orders and final trial set. DSO TBF.* |
| 04/21/2021 | Order for Continuance<br>*Order Granting Motion for Continuance* |
| 04/26/2021 | Discovery Control Plan and Scheduling Order |
| 04/26/2021 | Notice of Hearing |

    *Printed on 07/10/2024 at 8:48 AM*

DISTRICT CLERK
# DOCKET SHEET
CASE NO. 468-51752-2020

*Notice of Hearing - Final Hearing*

04/26/2021    📄 Notice of Hearing
     *Notice of Hearing - Temporary Orders*

04/30/2021    📄 Certificate
     *Petitioner's Certificate of Written Discovery Directed to Respondent*

05/28/2021    *CANCELED* **Temporary Orders Hearing**

06/24/2021    📄 Rule 11 Agreement

06/25/2021    *CANCELED* **Temporary Orders Hearing**

06/25/2021    📄 Motion to Withdraw
     *Motion for Withdrawal of Counsel*
     Party: Respondent Farooq, Tariq

06/25/2021    📄 Motion
     *Motion for Emergency Hearing*

06/28/2021    📄 Notice of Hearing

06/29/2021    📄 Order of Withdrawal of Counsel
     *Order on Motion for Withdrawal of Counsel*

06/30/2021    📄 Response
     *Response to Petitioner's Emergency Motion Hearing Filed 06/25/2021*

07/06/2021    📄 Motion
     *Motion to Deposit Funds into the Registry of the Court*
     Party: Petitioner Jafri, Ambreen Sahar

07/08/2021    📄 Motion
     *Agreed Motion to Deposit Funds into the Registry of the Court*
     Party: Petitioner Jafri, Ambreen Sahar

07/13/2021    📄 Amended Motion
     *Amended Motion to Deposit Funds into the Registry of the Court*

07/19/2021    📄 Motion
     *Agreed Motion to Deposit Funds into the Registry of the Court*
     Party: Petitioner Jafri, Ambreen Sahar

07/27/2021    **Temporary Orders Hearing** (Judicial Officer: Wynne, Lindsey)

07/27/2021    General Docket Entry
     *Case called by Judge Hockett. Petitioner appeared with counsel. Respondent appeared pro se.*
     *W/S, E/P. Ruling taken under advisement.*

07/27/2021    📄 Agreed Order
     *Agreed Order to Deposit Funds into the Registry of the Court*

DISTRICT CLERK
# DOCKET SHEET
### CASE NO. 468-51752-2020

07/28/2021     Motion
*Motion to Compel Discovery and for Sanctions*

07/29/2021     Deputy Reporter Statement

07/30/2021     Response
*Response to Petitioner's Motion to Compel Discovery and for Sanctions Filed 06/28/2021*

07/30/2021     Response
*Response to Petitioner's Motion to Compel Discovery and for Sanctions Filed 06/28/2021*

07/30/2021     Motion
*Respondent's Motion to Compel Discovery and for Sanctions*

08/02/2021     Request for Subpoena Duces Tecum $8.00
Party: Petitioner Jafri, Ambreen Sahar

08/02/2021     **Subpoena**
    Farooq, Muhammad Omar     served 08/05/2021

08/02/2021     Notice of Hearing
*Notice of Hearing for Motion to Compel Discovery and for Sanctions*

08/02/2021     Notice of Hearing
*Notice of Hearing for Motion to Compel Discovery and for Sanctions*

08/02/2021     Request for Subpoena $8.00

08/02/2021     **Subpoena**
    T-Mobile Legal and Emergency     unserved
Response Team

08/02/2021     Objection
*Objection and Response to Petitioner's Subpoena Request for Documents from Road Auto Pro Solutions LLC Filed on Aug 02, 2021*

08/03/2021     General Docket Entry
*Judge Hockett Docket Entry - Docket Entry August 2, 2021 Temporary Orders ruling: JMC w/ no primary parent. Children's domicile limited to Collin and contiguous counties. Parties shall continue to exercise the same 50/50 possession schedule as last 16 months, with parties alternating Saturdays until 5:00 p.m. and exchanging on Wednesday at 5:00 p.m. Both parents ordered to administer all prescribed and recommended over the counter medication per their son's medical doctor. Mother shall receive the SSI payment for their son during the temp. orders. Father to maintain health and dental insurance for all family members. Unreimbursed medical for children by the Father. Carolyn Hill is appointed as the amicus for the Children. The cost for the amicus shall be paid out of the proceeds from the sale of the house which is held in the Court's registry. Parties shall attend mediation once Carolyn Hill has completed her work and approves scheduling the mediation. Court appoints Sharon Corsentino, unless parties agree to another mediator. LCH*

08/03/2021     Request for Subpoena Duces Tecum $8.00
*Request for Issuance*
Party: Respondent Farooq, Tariq

DISTRICT CLERK
# DOCKET SHEET
### CASE NO. 468-51752-2020

| | | |
|---|---|---|
| 08/03/2021 | **Subpoena** | |
| | Harmony School of Innovation | unserved |
| | Department of Family and Protective Services | unserved |
| | Ambreen Jafri's Primary Care Physician | unserved |
| 08/03/2021 | Request for Subpoena Duces Tecum $8.00 Party: Respondent Farooq, Tariq | |
| 08/03/2021 | **Subpoena** | |
| | Department of Family and Protective Services | unserved |
| 08/05/2021 | Service Return *Affidavit of Service - Subpoena Duces Tecum - Muhammad Omar Farooq - Served* | |
| 08/16/2021 | Letter *Re: Scheduling Order* | |
| 08/17/2021 | *CANCELED* **Motion to Compel** *motion to compel ONLY, reset trial due to amicus appointment* | |
| 08/18/2021 | Notice of Hearing *Notice of Hearing on Motion to Compel Discovery* | |
| 09/01/2021 | Request for Subpoena Duces Tecum $8.00 Party: Petitioner Jafri, Ambreen Sahar | |
| 09/02/2021 | **Subpoena** | |
| | Standard Chartered Bank | served 09/09/2021 |
| | Bank of America | served 09/09/2021 |
| 09/08/2021 | Notice of Hearing *Respondent's Notice of Hearing for Motion to Compel Discovery and for Sanctions* | |
| 09/13/2021 | Service Return *Affidavit of Service - Subpoena - Standard Chartered Bank* | |
| 09/17/2021 | Service Return *Affidavit of Service - Subpoena Duces Tecum - Bank of America* | |
| 09/21/2021 | **Motion to Compel** (Judicial Officer: Wynne, Lindsey) *15 min/side* | |
| 09/27/2021 | Motion *Motion for Emergency Hearing to Reconsider Temporary Orders* | |
| 09/28/2021 | Notice | |

*Printed on 07/10/2024 at 8:48 AM*

Court's Notice of In-Person Appearance

| | | |
|---|---|---|
| 09/29/2021 | Response | |
| | *Response to Petitioner's Motion for Emergency Hearing to Reconsider Temporary Orders Filed 09/27/2021* | |
| 09/30/2021 | Motion for Continuance | |
| 10/05/2021 | Notice of Hearing | |
| 10/15/2021 | Response | |
| | *Response to Petitioner's Motion for Continuance Filed on 09/30/2021* | |
| 10/18/2021 | **Motion to Compel** (Judicial Officer: Wynne, Lindsey) | |
| | *changed from TBC (not reached) - 15 min/side* | |
| 10/18/2021 | General Docket Entry | |
| | *Case called. Petitioner appeared with counsel. Respondent appeared pro se. Motion to compel argued. Ruling taken under advisement.* | |
| 10/29/2021 | Letter | |
| | *Re: Letter to the Court Regarding Scheduling Order* | |
| 11/02/2021 | **Status - No Appearance Required** (Judicial Officer: Wynne, Lindsey) | |
| 11/19/2021 | **Status - No Appearance Required** (Judicial Officer: Wynne, Lindsey) | |
| 11/28/2021 | Discovery Control Plan and Scheduling Order | |
| 12/10/2021 | **Status - No Appearance Required** (Judicial Officer: Wynne, Lindsey) | |
| 01/10/2022 | Motion | |
| | *Motion for Judge to Confer with Children* | |
| 01/10/2022 | Notice of Hearing | |
| | *Notice of Hearing on Motion for Judge to Confer with Children* | |
| 01/12/2022 | Letter | |
| | *Re: Mediation* | |
| 01/20/2022 | *CANCELED*  **Trial Ann/Appearance** | |
| | *motion to confer* | |
| 01/24/2022 | *CANCELED*  **Trial Before the Court** | |
| | *2.5 hr/side* | |
| 01/25/2022 | General Docket Entry | |
| | *emailed the ruling on the motion to compel to the parties.* | |
| 01/25/2022 | Memorandum | |

    Printed on 07/10/2024 at 8:48 AM

DISTRICT CLERK
# DOCKET SHEET
CASE NO. 468-51752-2020

*Court's Memorandum Ruling*

01/26/2022     📄 Motion
*Agreed Motion to Withdraw Funds Held in the Court's Registry for Payment of Ad Litem Fees*

01/27/2022     📄 Letter
Party: Petitioner  Jafri, Ambreen Sahar

02/03/2022     📄 Agreed Order
*Agreed Order to Withdraw Funds Held in the Court's Registry for Payment of Ad Litem Fees*

02/03/2022     📄 Discovery Control Plan and Scheduling Order

02/07/2022     📄 Notice of Appearance
*Notice of Appearance and Designation of Lead Counsel*

04/01/2022     📄 Counter Petition $80.00
*Counter-Petition for Divorce*

04/20/2022     📄 Correspondence
*Re: Trial Announcement*

04/20/2022     📄 Correspondence
*Re: Trial Announcement*

04/25/2022     📄 Motion
*Petitioner's Motion for Sanctions*

04/26/2022     📄 Amended Motion
*First Amended Petitioner's Motion for Sanctions*

04/28/2022     *CANCELED*  **Trial Ann/Appearance**

05/03/2022     **Trial Before the Court** (Judicial Officer: Wynne, Lindsey)

05/16/2022     *CANCELED*  **Trial Before the Court**
*P-24:46, R-1:06:10, A-1:59:32*

05/19/2022     📄 Notice of Hearing
*Notice of Hearing for Continuation of Final Trial*

05/26/2022     📄 Exhibit
*Exhibit C - Declaration of Bank of America Bank Officer and/or Custodian of Records*
Party: Respondent  Farooq, Tariq

05/26/2022     📄 Notice of Hearing
*Notice of Hearing on First Amended Motion for Sanctions*

07/21/2022     **Trial Before the Court** (Judicial Officer: Wynne, Lindsey)
*P-24:45, R-1:06:10, A-1:59:32 and motion for sanctions*

      *Printed on 07/10/2024 at 8:48 AM*

DISTRICT CLERK

# DOCKET SHEET
CASE NO. 468-51752-2020

| | |
|---|---|
| 07/21/2022 | 📑 Memorandum<br>*Court's Memorandum Ruling* |
| 07/21/2022 | General Docket Entry<br>*Case Called. Parties appeared with counsel. Appointed Atty for Children appeared via zoom. W/S E/P. Ruling taken under advisement on both motions to compel. TBC reset for 8/25/22 @1330.* |
| 07/26/2022 | 📄 Order<br>*Order on Petitioner's Motion to Compel and Respondent's Motion to Compell* |
| 07/27/2022 | 📄 Notice of Hearing<br>*Notice of Hearing on Final Trial* |
| 08/25/2022 | **Trial Before the Court** (Judicial Officer: Wynne, Lindsey)<br>*P-24:45, R-1:06:10, A-1:59:32* |
| 08/25/2022 | General Docket Entry<br>*Case called. Parties appeared with counsel. Amicus appeared for the children. W/S, E/P. Trial resumes. Divorce Granted. Memo ruling given on the record and filed into the case. OTBF.* |
| 08/25/2022 | 📄 Memorandum<br>*Court's Memorandum Ruling* |
| 09/07/2022 | 📄 Motion to Release Partial Funds<br>*Agreed Motion to Withdraw Funds Held in the Court's Registry for Payment of Ad Litem Fees* |
| 09/15/2022 | 📄 Agreed Order<br>*Agreed Order to Withdraw Funds Held in the Court's Registry for Payment of Ad Litem Fees* |
| 09/26/2022 | 📑 Motion<br>*Motion to Sign Decree of Divorce* |
| 09/26/2022 | 📄 Motion to Release Registry Court Funds<br>*Motion to Withdraw Funds Held in the Court's Registry for Payment Awarded to Petitioner*<br>Party: Petitioner Jafri, Ambreen Sahar |
| 09/28/2022 | 📄 Motion to Withdraw<br>*Motion for Withdrawal of Attorney* |
| 10/04/2022 | 📄 Order of Withdrawal of Counsel<br>*Order for Withdrawal of Attorney* |
| 10/10/2022 | 🗐 *CANCELED* **Dismissal for Want of Prosecution** |
| 10/11/2022 | 📄 Notice of Hearing |
| 10/14/2022 | 📑 Motion<br>*Respondent's Motion to Sign Decree of Divorce* |
| 10/17/2022 | *CANCELED* **Motion to Sign** |

*Printed on 07/10/2024 at 8:48 AM*

DISTRICT CLERK
# DOCKET SHEET
### CASE NO. 468-51752-2020

10/17/2022    📄 Notice of Hearing
*Respondent's Motion to Sign Final Divorce Decree Notice of Hearing*

10/18/2022    **Motion to Sign** (Judicial Officer: Wynne, Lindsey)

10/18/2022    General Docket Entry
*Case called. Petitioner appeared with counsel. Respondent appeared pro se. Motion to Sign argued, objections and rulings made. Parties ran out of time to make additional objections, Court to finish reviewing objections and making ruling by submission.*

11/11/2022    Judge's Docket Entry
*Pursuant to the remaining motion to enter and objections taken under advisement, the Court amended it's memorandum ruling to clarify a few issues in the memorandum ruling, correct a few calculations made previously, and to attach the parties' proposed property division spreadsheets as provided as aids to the court in trial; additionaly, after further review of the respondent's objecitons, the court sustains the objections labeled as "Pg 33," "Pg 39," "Pg 40 and 41," and "Pg 45" (which the court believes was actually for Page 42 in the proposed deccree); all other objections were overruled or already corrected in the proposed copy givien to the Court. Amended memo ruling and attachments to be filed into the case and sent to attorneys. Additionally, based on all sustained objections and corrections/clarifications made in memorandum ruling, proposed decree has been returned to attorneys and party to sign as to form if they choose to do so by November 16, 2022 by 5 PM. Otherwise, the Court will proceed with entering the final decree.*

11/11/2022    📄 Amended
*Court's Memorandum Ruling - Amended*

11/15/2022    📄 Amended Motion
*Amended Motion to Withdraw Funds Held in the Court's Registry for for Payment Awarded to Petitioner*

11/17/2022    📄 **Final Decree of Divorce** (Judicial Officer: Wynne, Lindsey)

11/18/2022    📄 Response
*Respondent's Response to Amended Motion to Withdraw Funds Held in the Court's Registery for Payment Awarded to the Petitioner*

11/21/2022    📄 Mailed Notice of Final Decree

11/21/2022    📄 Mailed Notice of Final Decree

11/21/2022    📄 Mailed Notice of Final Decree

11/21/2022    📄 Motion - New Trial - Family $80.00
*Motion For New Trial*
Party: Respondent  Farooq, Tariq

11/21/2022    📄 Request for Findings of Fact and Conclusions of Law
*Request for Findings of Fact and Conclusions of Law*
Party: Respondent  Farooq, Tariq

11/21/2022    📄 Request for Citation $8.00
*Request for Issuance*
Party: Respondent  Farooq, Tariq

     *Printed on 07/10/2024 at 8:48 AM*

DISTRICT CLERK
# DOCKET SHEET
CASE NO. 468-51752-2020

| | |
|---|---|
| 11/21/2022 | Constable Service Fee #3, $75.00<br>*Constable Service Fee #3*<br>Party:  Respondent  Farooq, Tariq |
| 11/21/2022 | **Citation**<br>Jafri, Ambreen Sahar          served 12/19/2022 |
| 12/20/2022 | Constable Service Return<br>Party:  Petitioner  Jafri, Ambreen Sahar |
| 11/22/2022 | Electronic Copies - pages 1-10<br>Party:  Respondent  Farooq, Tariq |
| 11/23/2022 | Response<br>*Respondent's Response to Court's Request for Proposed Findings of Fact and Conclustions of Law* |
| 11/28/2022 | Notice of Hearing<br>*Respondent's Motion for New Trial Notice of Hearing* |
| 12/01/2022 | Motion<br>*Petitioner's Motion for Additional Time to File Her Proposed Findings of Facts and Conclusions of Law* |
| 12/02/2022 | Appeals - Notice Of Appeal<br>*05-22-01292-CV / Notice of Appeal*<br>Party:  Respondent  Farooq, Tariq |
| 12/05/2022 | Appeals - Filed NOA with the COA<br>*and emailed to Court Reporter* |
| 12/05/2022 | Appeals - Correspondence<br>*Request for Letter of Designation sent to Pro Se Appellant* |
| 12/06/2022 | Appeals - Correspondence |
| 02/23/2023 | Appeals - Cover Letter |
| 02/23/2023 | Appeals - Order |
| 04/14/2023 | Appeals - Cover Letter |
| 04/14/2023 | Appeals - Order |
| 04/19/2023 | Appeals - Cover Letter |
| 04/19/2023 | Appeals - Order |
| 04/27/2023 | Appeals - Request for Clerk's Record<br>*Respondent's Designation of Items to be Included in Clerk's Record* |

DISTRICT CLERK
# DOCKET SHEET
CASE NO. 468-51752-2020

| | |
|---|---|
| 04/27/2023 | Appeals - Correspondence<br>*Sent Cost for Record to Pro Se Appellant* |
| 04/27/2023 | Appeals - Clerk's Record Paid $<br>Party:  Respondent  Farooq, Tariq |
| 04/27/2023 | Appeals- Clerk's Record |
| 04/28/2023 | Appeals - Correspondence |
| 12/02/2022 | Motion - Modify - Other REOPEN - OCA $80.00<br>*Motion for Reconsideration*<br>Party:  Respondent  Farooq, Tariq |
| 12/02/2022 | Motion<br>*Respondent's Motion to Freeze Funds Held in the Court's Registry Pending The outcome of the Appeal Process*<br>Party:  Respondent  Farooq, Tariq |
| 12/05/2022 | Response<br>*Respondent's Response to Petitioner's Motion for Additional Time to File Her Proposed Findings of Facts and Conclusions of Law*<br>Party:  Respondent  Farooq, Tariq |
| 12/12/2022 | **Status - No Appearance Required** (Judicial Officer: Wynne, Lindsey)<br>*FFCL* |
| 12/12/2022 | Notice<br>*Respondent's Notice of Past Due Findings of Fact and Conclusions of Law*<br>Party:  Respondent  Farooq, Tariq |
| 12/12/2022 | Response<br>*Petitioner's Response in Opposition to Respondent's Motion for Reconsideration* |
| 12/16/2022 | Letter<br>*Notification of New Employment*<br>Party:  Respondent  Farooq, Tariq |
| 12/28/2022 | Response<br>*Respondent's Response To Petitioner's Amended Motion And New Proposed Order Filed On 12/28/2022 To Withdraw Funds Held In The Court's Registry For Payment Awarded To The Petitioner* |
| 12/28/2022 | Notice of Hearing |
| 12/30/2022 | **Status - No Appearance Required** (Judicial Officer: Wynne, Lindsey) |
| 01/06/2023 | Response<br>*Petitioner's Response to Respondent's Motion for New Trial* |
| 01/12/2023 | |

# DOCKET SHEET
## CASE NO. 468-51752-2020

Proposed Findings of Fact and Conclusions of Law
*Petitioner's Proposed Findings of Fact and Conclusions of Law*
Party: Petitioner Jafri, Ambreen Sahar

01/13/2023   Amended
*Petitioner's First Amended Proposed Findings of Fact and Conclusions of Law*

01/30/2023   Findings of Fact and Conclusions of Law

02/03/2023   *CANCELED* **Motion for New Trial**
*30 min/side*

02/20/2023   Affidavit
*Affidavit of Vanita Aphan-Kirkalnd in Support of Motion for Attorney Fees and Costs*

02/20/2023   Request for Subpoena Duces Tecum $8.00
Party: Respondent Farooq, Tariq

02/20/2023   **Subpoena**
          Hill, Carolyn A.          returned unserved          03/30/2023

02/20/2023   Constable Service Fee #3, $75.00
Party: Respondent Farooq, Tariq

02/20/2023   Request for Subpoena Duces Tecum $8.00
Party: Respondent Farooq, Tariq

02/20/2023   **Subpoena**
          Bagley, Brian          served 02/22/2023

02/22/2023   Constable Service Return
Party: Witness Bagley, Brian

02/23/2023   Correspondence
*Constable Service Return - Duplicate Return*

02/22/2023   Motion
*Motion to Request "Separate Hearings for Motions Filed by Respondent"*

03/20/2023   Motion to Recuse
*Motion to Recuse Honorable Judge Lindsey Wynne*

03/22/2023   Order Denied
*Order of Referral on Motion to Recuse*

03/24/2023   *CANCELED* **Motion Hearing**
*a. Respondent's Motion for New Trial. b. Respondent's Motion to Freeze Funds Held in the Court's Registry Pending The Outcome of the Appeal. c. Respondent's Motion of Reconsideration of Final Ruling. d. Respondent's Motion for Stay/Suspension of Enforcement of Judgement / Final divorce decree pending appeal, petitioner's motion for attorney fees, respondent's motion to req separate hearings for motions filed by respondent - 30 min/side*

*Printed on 07/10/2024 at 8:48 AM*

**DISTRICT CLERK**
# DOCKET SHEET
**CASE NO. 468-51752-2020**

| Date | Entry |
|---|---|
| 03/30/2023 | Out of County Service Fee<br>*Subpoena Duces Tecum - Carolyn A. Hill - Served* |
| 04/03/2023 | Order Denied<br>*Order Denying Motion to Recuse* |
| 04/18/2023 | Notice of Hearing |
| 05/30/2023 | Motion<br>*Motion for Emergency Temporary Orders* |
| 06/02/2023 | Notice of Hearing |
| 06/07/2023 | Request for Subpoena $8.00 |
| 06/08/2023 | **Subpoena**<br>Boyd, Ryan                    unserved |
| 06/08/2023 | Response<br>*Petitioner's Response to Respondent's Motion for Emergency Temporary Orders* |
| 06/08/2023 | Notice of Hearing |
| 06/12/2023 | Witness List |
| 06/14/2023 | Witness List |
| 06/14/2023 | Affidavit<br>*Affidavit of Vanita Aphan-Kirkland in Support of Motion for Attorney Fees and Costs*<br>Party:  Petitioner  Jafri, Ambreen Sahar |
| 06/15/2023 | **Temporary Orders Hearing** (Judicial Officer: Wynne, Lindsey)<br>*Respondent's emergency motion for temp orders, Petitioner's motion for atty fees and sanctions - 30 min/side* |
| 06/15/2023 | General Docket Entry<br>*Case called by Judge Rusch and reported by Ashley Boyd. Mother appeared with counsel. Father appeared pro se. W/S, E/P. Motion for emergency temporary orders heard. Request for relief denied and over ruled by court.* |
| 06/22/2023 | Motion<br>*Motion for Judge to Confer with the Child*<br>Party:  Respondent  Farooq, Tariq |
| 06/22/2023 | Request for Subpoena $8.00 |
| 06/23/2023 | **Subpoena**<br>Ferro, Jennifer                    served 06/26/2023 |
| 06/26/2023 | Constable Service Return |

DISTRICT CLERK
# DOCKET SHEET
### CASE NO. 468-51752-2020

Party: Witness  Ferro, Jennifer

06/22/2023    Constable Service Fee #3, $75.00

06/23/2023    Request for Subpoena $8.00

06/23/2023    **Subpoena**
    Biko, Amy        served 06/26/2023

06/26/2023    Constable Service Return
    Party: Witness  Biko, Amy

06/23/2023    Constable Service Fee #3, $75.00

06/26/2023    Notice of Hearing

06/28/2023    Order
    *Final Order*

07/06/2023    Request for Subpoena Duces Tecum $8.00
    *x5*
    Party: Respondent  Farooq, Tariq

07/06/2023    Constable Service Fee #3, $75.00
    *x4*
    Party: Respondent  Farooq, Tariq

07/07/2023    **Subpoena**
    Standard Chartered Bank    unserved

07/07/2023    **Subpoena**
    Harmony School of Innovation    served 07/14/2023

07/07/2023    **Subpoena**
    Islamic Association of Collin County served 07/11/2023 (IACC)
    Schimelpfenig Middle School Plano served 07/12/2023 ISD
    Ahmadiyya Movement In Islam    served 07/14/2023

07/12/2023    Constable Service Return
    Party: Witness  Islamic Association of Collin County (IACC)

07/13/2023    Constable Service Return
    Party: Witness  Schimelpfenig Middle School Plano ISD

07/17/2023    Constable Service Return
    Party: Witness  Ahmadiyya Movement In Islam

07/17/2023    Constable Service Return
    Party: Witness  Harmony School of Innovation

*Printed on 07/10/2024 at 8:48 AM*

DISTRICT CLERK

# DOCKET SHEET
CASE NO. 468-51752-2020

| | | |
|---|---|---|
| 07/12/2023 | Motion to Quash<br>*Motion to Quash and Objection to Subpoenas Request and Motion for Protective Order* | |
| 07/13/2023 | Notice of Hearing | |
| 07/18/2023 | Witness List | |
| 07/18/2023 | Notice of Hearing | |
| 07/18/2023 | Witness List | |
| 07/18/2023 | Amended Motion<br>*Amended Motion to Withdraw Funds Held in the Court's Registry for for Payment Awarded to Petitioner* | |
| 07/18/2023 | Motion<br>*Motion for Temporary Orders*<br>Party: Respondent Farooq, Tariq | |
| 07/19/2023 | Notice of Hearing | |
| 07/19/2023 | Objection<br>*Respondent's Objection to an Associate Judge for Hearing of the Various Motions Set for July 20, 2023* | |
| 07/20/2023 | **Motion Hearing** (Judicial Officer: Wynne, Lindsey)<br>*1. Motion to Request Separate Hearings for Motions Filed by Respondent 2. Respondent's Motion to Freeze Funds Held in the Court's Registry Pending The outcome of the Appeal Process 3. Motion for Stay/suspension of enforcement of judgment/final divorce decree pending appeal, 4. Motion of reconsideration of final ruling 5. Motion for new trial, Motion to confer, Petitioner's motion to quash, Petitioner's motion for attorney fees, Amended Motion to Withdraw Funds Held in the Court's Registry for for Payment Awarded to Petitioner - 45 min/side* | |
| 07/20/2023 | General Docket Entry<br>*Mtn to Recuse forwarded to First Admin. -Charla/296* | |
| 07/20/2023 | General Docket Entry<br>*No hearing held due to motion to recuse Judge Rusch was filed.* | |
| 07/20/2023 | Motion for Continuance<br>Party: Respondent Farooq, Tariq | |
| 07/20/2023 | Order Denied<br>*Order Denying Motion to Recuse* | |
| 07/20/2023 | Affidavit<br>*Affidavit Of Vanita Aphan-Kirkland In Support Of Motion For Attorney Fees And Costs* | |
| 07/28/2023 | Objection<br>*Objections to and Motion for Recusal of the Honorable Visiting Judge/Associate Judge Mark Rusch* | |

*Printed on 07/10/2024 at 8:48 AM*

DISTRICT CLERK
# DOCKET SHEET
CASE NO. 468-51752-2020

| | | |
|---|---|---|
| 08/01/2023 | Order | |
| | *Order of Referral on Motion to Recuse* | |
| 08/03/2023 | Order Denied | |
| | *Order Denying Father's Second Motion to Recuse Senior Judge Mark Rusch* | |
| 08/10/2023 | Notice | |
| | *Respondent's Notice for Production or Inspection of Documents and Other Tangible Things*<br>Party: Respondent Farooq, Tariq | |
| 08/10/2023 | Notice | |
| | *Respondent's Notice for Production or Inspection of Documents and Other Tangible Things*<br>Party: Respondent Farooq, Tariq | |
| 08/10/2023 | Notice | |
| | *Respondent's Notice for Production or Inspection of Documents and Other Tangible Things*<br>Party: Respondent Farooq, Tariq | |
| 08/10/2023 | Notice | |
| | *Respondent's Notice for Production or Inspection of Documents and Other Tangible Things*<br>Party: Respondent Farooq, Tariq | |
| 08/10/2023 | Notice | |
| | *Respondent's Notice for Production or Inspection of Documents and Other Tangible Things*<br>Party: Respondent Farooq, Tariq | |
| 08/10/2023 | Notice | |
| | *Respondent's Notice for Production or Inspection of Documents and Other Tangible Things*<br>Party: Respondent Farooq, Tariq | |
| 08/10/2023 | Notice | |
| | *Respondent's Notice for Production or Inspection of Documents and Other Tangible Things* | |
| 08/10/2023 | Notice | |
| | *Respondent's Notice for Production or Inspection of Documents and Other Tangible Things* | |
| 08/14/2023 | Notice | |
| | *Respondent's Withdrawal For Multiple Notices Of Production Or Inspection Of Documents And Other Tangible Things Sent Aug 10, 2023* | |
| 08/28/2023 | Motion | |
| | *Motion For Temporary Orders* | |
| 09/15/2023 | Motion | |
| | *Motion for Emergency Temporary Orders* | |
| 09/21/2023 | Affidavit | |
| | *Affidavit of Vanita Aphan-Kirkalnd in Support of Motion for Attorney Fees and Costs* | |
| 09/22/2023 | **Motion Hearing** (Judicial Officer: Wynne, Lindsey) | |
| | *1. Motion to Request Separate Hearings for Motions Filed by Respondent 2. Respondent's Motion* | |

DISTRICT CLERK

# DOCKET SHEET

### CASE NO. 468-51752-2020

to Freeze Funds Held in the Court's Registry Pending The outcome of the Appeal Process 3.
Motion for Stay/suspension of enforcement of judgment/final divorce decree pending appeal, 4.
Motion of reconsideration of final ruling 5. Motion for new trial, Motion to confer, Petitioner's
motion to quash, Petitioner's motion for attorney fees, Amended Motion to Withdraw Funds Held
in the Court's Registry for for Payment Awarded to Petitioner - 45 min/side

09/22/2023    General Docket Entry
Case called by Judge Rusch and reported by Ashley Boyd. Petitioner appeared with counsel.
Respondet appeared pro se. Petitioner's Motion to release funds and Respondent's motion to
freeze the funds argued, objections and rulings made. Motion to release funds denied due to
pending appeal. Motion for emergency temporary will not be set due to already being heard in
June 2023. Motion for attorney fees denied.

11/01/2023    Motion
Motion for Emergency Temporary Orders

11/06/2023    Certificate
Certificate of Service and Discovery of Exhibits and Documents

11/16/2023    Certificate
Certificate of Service and Supplemental Discovery of Exhibits and Documents

11/21/2023    Notice of Hearing

11/22/2023    Motion
Motion to Seal the Court Record
Party: Respondent Farooq, Tariq

11/27/2023    Notice of Hearing
Notice of Hearing

11/29/2023    Statement/Affidavit of Inability to Pay
Statement of Inability to Afford Payment of Court Costs or an Appeal Bond
Party: Respondent Farooq, Tariq

11/29/2023    Certificate
Certificate of Service for Business Records Affidavit and Records for Motion for Emergency
Temporary Orders

12/06/2023    Notice
Notification of Change of Employment

12/07/2023    Motion - Modify - Other REOPEN - OCA $80.00
Petition to Modify Parent- Child Relationship
Party: Respondent Farooq, Tariq

12/07/2023    Constable Service Fee #3, $75.00
Party: Respondent Farooq, Tariq

12/07/2023    Request for Citation $8.00
Party: Respondent Farooq, Tariq

12/07/2023    **Citation**

DISTRICT CLERK
# DOCKET SHEET
## CASE NO. 468-51752-2020

Jafri, Ambreen Sahar          served 12/18/2023

| | |
|---|---|
| 12/19/2023 | Constable Service Return<br>Party: Petitioner Jafri, Ambreen Sahar |
| 12/08/2023 | Motion<br>*Motion for Emergency Temporary Orders* |
| 12/11/2023 | Notice<br>*Notice for Production or Inspection of Documents and Other Tangible Things* |
| 12/15/2023 | *CANCELED* **Temporary Orders Hearing**<br>*emergency and motion to seal - 25 min/side* |
| 12/19/2023 | Notice of Hearing |
| 12/19/2023 | Notice of Hearing |
| 12/21/2023 | Request for Subpoena Duces Tecum $8.00<br>*Subpoena Request Form*<br>Party: Respondent Farooq, Tariq |
| 12/21/2023 | **Subpoena**<br>Schimelpfenig Middle School Plano  unserved<br>ISD |
| 01/08/2024 | Request for Subpoena Duces Tecum $8.00<br>Party: Respondent Farooq, Tariq |
| 01/08/2024 | **Subpoena**<br>Hossain, Nazia          unserved |
| 01/08/2024 | Request for Subpoena Duces Tecum $8.00<br>Party: Respondent Farooq, Tariq |
| 01/08/2024 | Constable Service Fee #3, $75.00<br>Party: Respondent Farooq, Tariq |
| 01/08/2024 | **Subpoena**<br>Hossain, Nazia      returned unserved      01/18/2024 |
| 01/19/2024 | Constable Service Return Unexecuted<br>Party: Witness Hossain, Nazia |
| 01/08/2024 | Original Answer<br>*Respondent's Original Answer to Motion for Modification and Counter-Claim for Modification* |
| 01/11/2024 | Motion<br>*Petitioner's Motion for Order Declaring Respondent a Vexatious Litigant and Requiring Security*<br>Party: Petitioner Jafri, Ambreen Sahar |

DISTRICT CLERK
# DOCKET SHEET
CASE NO. 468-51752-2020

| 01/12/2024 | Respondent's<br>*Demand for Jury Trial for Final Trial of Petition to Modify Parent Child Relationship*<br>Party: Respondent Farooq, Tariq |
|---|---|
| 01/12/2024 | Jury Trial Requested $10.00 |
| 01/16/2024 | Notice<br>*Respondent's Notice for Production or Inspection of Documents and Other Tangible Things- City Credit Union* |
| 01/16/2024 | Notice<br>*Respondent's Notice for Production or Inspection of Documents and Other Tangible Things*<br>Party: Respondent Farooq, Tariq |
| 01/16/2024 | Notice<br>*Respondent's Notice for Production or Inspection of Documents and Other Tangible Things- Standard Chartered Bank* |
| 01/16/2024 | Notice<br>*Respondent's Notice for Production or Inspection of Documents and Other Tangible Things*<br>Party: Respondent Farooq, Tariq |
| 01/16/2024 | Notice<br>*Respondent's Notice for Production or Inspection of Documents and Other Tangible Things* |
| 01/17/2024 | Notice of Hearing |
| 01/17/2024 | Certificate<br>*Certificate of Service for Business Records Affidavit and Records* |
| 01/18/2024 | Notice<br>*Respondent's Notice for Production or Inspection of Documents and Other Tangible Things*<br>Party: Respondent Farooq, Tariq |
| 01/18/2024 | Amended Petition<br>*First Amended Petition to Modify Parent-Child Relationship* |
| 01/31/2024 | Request for Subpoena Duces Tecum $8.00<br>Party: Respondent Farooq, Tariq |
| 01/31/2024 | Constable Service Fee #3, $75.00<br>Party: Respondent Farooq, Tariq |
| 02/01/2024 | **Subpoena**<br>Ahmadiyya Movement In Islam    served 02/07/2024 |
| 02/12/2024 | Constable Service Return<br>Party: Witness Ahmadiyya Movement In Islam |
| 01/31/2024 | Request for Subpoena Duces Tecum $8.00 |

DISTRICT CLERK
# DOCKET SHEET
## CASE NO. 468-51752-2020

Party:  Respondent  Farooq, Tariq

| | | |
|---|---|---|
| 01/31/2024 | Constable Service Fee #3, $75.00<br>Party:  Respondent  Farooq, Tariq | |
| 02/01/2024 | **Subpoena**<br>Hunters Glen Apartments | served 02/06/2024 |
| 02/09/2024 | Constable Service Return<br>Party:  Witness  Hunters Glen Apartments | |
| 01/31/2024 | Request for Subpoena Duces Tecum $8.00<br>Party:  Respondent  Farooq, Tariq | |
| 01/31/2024 | Constable Service Fee #3, $75.00<br>Party:  Respondent  Farooq, Tariq | |
| 02/01/2024 | **Subpoena**<br>Bank of America | served 02/06/2024 |
| 02/09/2024 | Constable Service Return<br>Party:  Witness  Bank of America | |
| 01/31/2024 | Request for Subpoena Duces Tecum $8.00<br>Party:  Respondent  Farooq, Tariq | |
| 01/31/2024 | **Subpoena**<br>Standard Chartered Bank | unserved |
| 01/31/2024 | Request for Subpoena Duces Tecum $8.00<br>Party:  Respondent  Farooq, Tariq | |
| 01/31/2024 | **Subpoena**<br>City Credit Union | served 02/06/2024 |
| 01/31/2024 | Request for Subpoena Duces Tecum $8.00<br>Party:  Respondent  Farooq, Tariq | |
| 01/31/2024 | Request for Subpoena Duces Tecum $8.00<br>Party:  Respondent  Farooq, Tariq | |
| 01/31/2024 | **Subpoena**<br>Texas Health & Human Services | returned unserved    02/12/2024 |
| 02/05/2024 | Temporary Restraining Order<br>*Petitioner's Motion for Temporary Restraining Order, Temporary Injunction and Temporary Orders* | |
| 02/06/2024 | Application for TRO (In Existing Case) Family $80.00<br>*Respondent's Motion for Temporary Restraining Order, Temporary Injunction and Temporary Orders* | |

*Printed on 07/10/2024 at 8:48 AM*

DISTRICT CLERK

# DOCKET SHEET

### CASE NO. 468-51752-2020

Party: Petitioner  Jafri, Ambreen Sahar

02/06/2024    Request for Subpoena Duces Tecum $8.00
Party: Respondent  Farooq, Tariq

02/06/2024    **Subpoena**
Anderson, Denise       unserved

02/06/2024    Request for Subpoena Duces Tecum $8.00
Party: Respondent  Farooq, Tariq

02/06/2024    Constable Service Fee #4, $75.00
Party: Respondent  Farooq, Tariq

02/06/2024    **Subpoena**
Children's Medical Center Plano    served 02/07/2024

02/09/2024    Constable Service Return
Party: Witness  Children's Medical Center Plano

02/06/2024    Amended Motion
*Respondent's Amended Motion for Temporary Restraining Order, Temporary Injunction and Temporary Orders*
Party: Petitioner  Jafri, Ambreen Sahar

02/07/2024    Notice of Hearing

02/07/2024    Witness List

02/07/2024    Witness List

02/07/2024    Notice of Hearing

02/08/2024    Respondent's
*Respondent's Response in Opposition to Petitioner's Motion for Order Declaring Respondent a Vexatious Litigant and Requiring Security*
Party: Respondent  Farooq, Tariq

02/09/2024    **Temporary Orders Hearing** (Judicial Officer: Wynne, Lindsey)
*Mr. Farooq motion to seal, Ms. Jafri motion to declare resp a vexatious litigant, both TO/TRO - 35 min/side for all*

02/09/2024    General Docket Entry
*Case called. Petitioner appeared with counsel. Respondent appeared pro se. Respondent witness sworn and ordered to reappear at 1:30pm. Recessed until 1:30pm. Case resumes. W/S, E/P. No change for the modification due to burden not being met for change in circumstance. Burden not met to enter a TRO. Psychological evaluation ordered. Scheduling order to be entered by Feb. 16th for jury trial on June 26th.*

02/12/2024    Discovery Control Plan and Scheduling Order

02/12/2024    Notice

DISTRICT CLERK
# DOCKET SHEET
### CASE NO. 468-51752-2020

*Petitioner's Notice for Production or Inspection of Documents and Other Tangible Things*

02/12/2024    Notice
*Petitioner's Notice For Production or Inspection of Documents and Other Tangible Things*

02/12/2024    Notice
*Petitioner's Notice for Production or Inspection of Documents and Other Tangible Things*

02/12/2024    Notice
*Petitioner's Notice For Production Or Inspection Of Documents And Other Tangible Things*

02/12/2024    Notice
*Notice for Production or Inspection of Documents and Other Tangible Things*

02/12/2024    Notice
*Petitioner's Notice For Production or Inspection of Documents and Other Tangible Things*

02/12/2024    Out of County Service Fee
*Officer Return- Dallas County- Texas Health & Human Services-Unserved*

02/12/2024    Discovery Control Plan and Scheduling Order
*Discovery Control Plan and Scheduling Order*

02/15/2024    **Order Denied** (Judicial Officer: Wynne, Lindsey)
Comment (Final Orders)

02/16/2024    Out of County Service Fee
*Officers Return of Service - Subpoena - City Credit Union - Served*

02/22/2024    Request for Subpoena Duces Tecum $8.00
Party: Respondent Farooq, Tariq

02/22/2024    Constable Service Fee #1, $75.00
Party: Respondent Farooq, Tariq

02/22/2024    **Subpoena**
Collin County Courthouse Sherriff    served 02/23/2024
and Security

02/26/2024    Constable Service Return
Party: Witness Collin County Courthouse Sherriff and Security

02/22/2024    Request for Subpoena Duces Tecum $8.00
Party: Respondent Farooq, Tariq

02/22/2024    **Subpoena**
Bellone Mount, Katherine    served 02/28/2024

02/22/2024    Request for Subpoena Duces Tecum $8.00
Party: Respondent Farooq, Tariq

     *Printed on 07/10/2024 at 8:48 AM*

DISTRICT CLERK
# DOCKET SHEET
CASE NO. 468-51752-2020

| 02/22/2024 | **Subpoena** | | |
| | Texas Health & Human Services | returned unserved | 03/01/2024 |

02/22/2024    Request for Subpoena Duces Tecum $8.00
Party: Respondent  Farooq, Tariq

| 02/22/2024 | **Subpoena** | | |
| | Texas Department of Family and Protective Services *Texas Department of Family and Protective* | returned unserved | 03/01/2024 |

02/22/2024    Request for Subpoena Duces Tecum $8.00
Party: Respondent  Farooq, Tariq

| 02/22/2024 | **Subpoena** | |
| | Standard Chartered Bank *Standard Chartered Bank* | unserved |

02/22/2024    Request for Subpoena Duces Tecum $8.00
Party: Respondent  Farooq, Tariq

02/22/2024    Constable Service Fee #4, $75.00
Party: Respondent  Farooq, Tariq

| 02/22/2024 | **Subpoena** | |
| | Children's Medical Center Plano | served 02/27/2024 |

02/28/2024    Constable Service Return
Party: Witness  Children's Medical Center Plano

02/22/2024    Request for Subpoena Duces Tecum $8.00
Party: Respondent  Farooq, Tariq

| 02/22/2024 | **Subpoena** | |
| | Anderson, Denise *Denise Anderson* | unserved |

02/22/2024    Request for Subpoena Duces Tecum $8.00
Party: Respondent  Farooq, Tariq

02/22/2024    Constable Service Fee #3, $75.00
Party: Respondent  Farooq, Tariq

| 02/22/2024 | **Subpoena** | |
| | Bank of America | served 02/28/2024 |

02/28/2024    Constable Service Return
Party: Witness  Bank of America

02/22/2024    Request for Subpoena Duces Tecum $8.00
Party: Respondent  Farooq, Tariq

Printed on 07/10/2024 at 8:48 AM

DISTRICT CLERK
# DOCKET SHEET
### CASE NO. 468-51752-2020

02/22/2024    Constable Service Fee #3, $75.00
Party: Respondent Farooq, Tariq

02/22/2024    **Subpoena**
Schimelpfenig Middle School Plano   served 02/28/2024
ISD

02/28/2024    Constable Service Return
Party: Witness Schimelpfenig Middle School Plano ISD

02/26/2024    Petitioner's
*Petitioner's Rule 194 Request for Disclosure*
Party: Respondent Farooq, Tariq

02/26/2024    Petitioner's
*Petitioner's Request for Production and Inspection*
Party: Respondent Farooq, Tariq

02/26/2024    Petitioner's
*Interrogatories to Ambreen Sahar Jafri*
Party: Respondent Farooq, Tariq

02/27/2024    Request for Findings of Fact and Conclusions of Law
*Request for Findings of Fact and Conclusion of Law for Multiple Motions Heard on February 09, 2024*

02/28/2024    Notice
*Collin County Sheriff's Office's Notice of Withdrawal of Subpoena*

03/01/2024    Out of County Service Fee
*Officer Retuen- Tx Dept. of Family & Protective Services- Unexcuted*

03/01/2024    Out of County Service Fee
*Officer Return- Tx Health & Human Services- Unexcuted*

03/04/2024    Motion to Quash
*Plano Independent School District's Motion to Quash and for Protective Order*

03/07/2024    Mediation Action
*Correspondence in Reference of Mediation*

03/11/2024    Out of County Service Fee
*Officer Return of Service - Katherine Bellone Mount - Served*

03/14/2024    Notice
*Notice for Production or Inspection of Documents and Other Tangible Things*

03/27/2024    Motion
*Verified Motion To Recuse Honorable Judge Lindsey Wynne*
Party: Respondent Farooq, Tariq

*Printed on 07/10/2024 at 8:48 AM*

DISTRICT CLERK
# DOCKET SHEET
## CASE NO. 468-51752-2020

03/27/2024    Request for Subpoena Duces Tecum $8.00
Party: Respondent Farooq, Tariq

03/27/2024    Constable Service Fee #3, $75.00
Party: Respondent Farooq, Tariq

03/27/2024    **Subpoena**
Schimelpfenig Middle School Plano   served 04/01/2024
ISD

04/02/2024    Constable Service Return
Party: Witness Schimelpfenig Middle School Plano ISD

03/27/2024    Amended Motion
*First Amended Verified Motion to Recuse Honorable Judge Lindsey Wynn*
Party: Respondent Farooq, Tariq

03/28/2024    Order to Recuse
*Order of Referral on Motion to Recuse*

04/01/2024    Respondent's
*Tariq Farooq's Required Pretrial Disclosures*
Party: Respondent Farooq, Tariq

04/04/2024    Motion to Quash
*Plano Independent School District's Motion to Quash and for Protective Order*

04/05/2024    Order to Recuse
*Order Denying Motion to Recuse*

04/19/2024    Motion
*Petitioner's Motion to Compel Discovery Responses and Response to Respondent's Objections and For Sanctions*
Party: Respondent Farooq, Tariq

04/24/2024    Response
*Respondent's Response to Petitioner's Motion to Compel Discovery Responses and Response to Respondent's Objections and for Sanctions*

04/25/2024    Letter
*Copies Request*

04/29/2024    Motion
*Motion to Seal the Court Record*

04/29/2024    Motion
*Motion for Additional Time Per Side in the Final Jury Trial*

05/03/2024    Notice of Hearing

05/03/2024    Appeals - Notice Of Appeal

# DOCKET SHEET

## CASE NO. 468-51752-2020

*05-24-00528-CV*
Party: Respondent  Farooq, Tariq

| 05/06/2024 | Appeals - Filed NOA with the COA *and emailed to Court Reporter* |
|---|---|

| 05/06/2024 | Appeals - Correspondence *Sent Letter of Designation to Appellant* |
|---|---|

| 05/07/2024 | Appeals - Correspondence |
|---|---|

| 06/14/2024 | Appeals - Request for Clerk's Record *Petitioner's Designation of Items to be Included in Clerk's Record* |
|---|---|

| 07/10/2024 | Appeals - Clerk's Record Paid $ Party:  Respondent  Farooq, Tariq |
|---|---|

| 05/03/2024 | Notice of Hearing |
|---|---|

| 05/17/2024 | Request for Subpoena $8.00 |
|---|---|

| 05/17/2024 | **Subpoena** Veltman, Doreen                  unserved |
|---|---|

| 05/20/2024 | Request for Subpoena $8.00 |
|---|---|

| 05/21/2024 | **Subpoena** NUCOR Corp                  unserved |
|---|---|

| 05/22/2024 | Motion *Motion to Compel Discovery and Motion for Sanctions* Party:  Petitioner  Jafri, Ambreen Sahar |
|---|---|

| 05/22/2024 | Amended Motion *Amended Motion for Order Declaring Tariq Farooq a Vexatious Litigant And Requiring Security* |
|---|---|

| 05/28/2024 | Notice of Hearing |
|---|---|

| 05/28/2024 | Notice of Hearing |
|---|---|

| 06/03/2024 | *CANCELED* **Motion Hearing** *motion to seal, motion for additional time for trial, motion to compel and Resp's motion to compel, motion for order declaring T Farooq a Vexatious Litigant - 20 min/side* |
|---|---|

| 06/14/2024 | Motion for Continuance *First Motion for Continuance of Final Trial* Party:  Respondent  Farooq, Tariq |
|---|---|

| 06/14/2024 | Motion *Motion for Judge to Confer with the Child* |
|---|---|

DISTRICT CLERK
# DOCKET SHEET
### CASE NO. 468-51752-2020

| | | |
|---|---|---|
| 06/14/2024 | 📄 Response | |
| | *Respondent's Response in Opposition to Petitioner's Motion for Order Declaring Respondent a Vexatious Litigant and Requiring Security* | |

06/14/2024    📄 Response
*Petitioner's Response In Opposition to Plano ISD's Multiple Motions to Quash and For Protective Order*

06/14/2024    📄 Motion
*Motion for Further Temporary Orders*
Party: Respondent  Farooq, Tariq

06/14/2024    📄 Request for Findings of Fact and Conclusions of Law
*Request for Findings of Fact and Conclusions of Law for Final Order on Motion to Recuse The Honorable Judge Lindsey Wynne*

06/14/2024    📄 Response
*Petitioner's Response to Respondent's Motion to Compel Discovery Responses and For Sanctions*

06/17/2024    **Motion Hearing** (Judicial Officer: Wynne, Lindsey)
*PISD's Motion to Quash & for Protective order - 20 min/side*

06/17/2024    📄 Amended Motion
*First Amended Motion for Further Temporary Orders*
Party: Respondent  Farooq, Tariq

06/17/2024    General Docket Entry
*Case called. Father appeared pro se. Ms. Aphan-Kirkland appeared for Mother. Mr. Henry appeared for the Plano ISD. Motion to Quash subpoena argued. Motion to Quash and for protective order granted and order signed. Court also grants the request that Father must get Court permission before issuing subpoenas to Plano ISD in the future.*

06/17/2024    📄 Notice of Hearing

06/17/2024    📄 Order Granted
*Order Granting Plano ISD's Motion to Quash and Motion for Protection*

06/18/2024    *CANCELED*  Pre Trial
*Pet's motion to seal, Pet's motion for additional time for trial, Pet's motion to compel and Resp's motion to compel, Resp's motion for order declaring T Farooq a Vexatious Litigant, Pet's motion for continuance, Pet's motion for further temp orders, Pet's motion to confer - 1 hr/side*

06/24/2024    **Pre-trial Conference** (Judicial Officer: Wynne, Lindsey)
*Pet's motion to seal, Pet's motion for additional time for trial, Pet's motion to compel and Resp's motion to compel, Resp's motion for order declaring T Farooq a Vexatious Litigant, Pet's motion for continuance, Pet's motion for further temp orders, Pet's motion to confer - 1 hr/side*

06/24/2024    General Docket Entry
*Case called and reported by Carolyn England. Pre-trial motions heard and ruled on. Motion for continuance denied. Motion to seal denied. W/S, E/P. Trial recessed at 4:30 p.m. and to resume at 9:30 a.m. on June 27th.*

06/26/2024    **Jury Trial** (Judicial Officer: Wynne, Lindsey)

*Printed on 07/10/2024 at 8:48 AM*

DISTRICT CLERK
# DOCKET SHEET
CASE NO. 468-51752-2020

| 06/26/2024 | General Docket Entry |
| | *Case called and reported by Carolyn England. Petitioner Father appeared pro se. Respondent Mother appeared with counsel. Pre-trial matters addressed. Jury panel seated, instruction and voir dire begins at 10:40 a.m. Jury chosen and seated. Broke for lunch 12:55 p.m. Trial begins at 2:00 p.m.* |

| 06/27/2024 | **Jury Trial** (Judicial Officer: Wynne, Lindsey) |
| | *continued* |

| 06/27/2024 | General Docket Entry |
| | *Case called and reported by Carolyn England. Petitioner Father appeared pro se. Respondent Mother appeared with counsel. Witnesses previously sworn. Trial resumes. Petitioner rest at 2:33 p.m. Ms. Bellone released by Petitioner as a witness. Respondent's case in chief began 2:35 p.m. Trial recessed at 5pm to begin at 9am on June 28th.* |

| 06/28/2024 | **Jury Trial** (Judicial Officer: Wynne, Lindsey) |
| | *continued* |

| 06/28/2024 | General Docket Entry |
| | *Case called and reported by Carolyn England. Petitioner Father appeared pro se. Respondent Mother appeared with counsel. Witness previously sworn. Trial resumes. Closing arguments and charge read to the Jury. Trial recessed for deliberation at 12:00 p.m. Verdict received and read into the record. Parties remain JMC with same possession schedule. OTBF.* |

| 06/28/2024 | Judge's Docket Entry |
| | *During the charge conference, parties agreed to not modify the geographic restriction of Collin County, Texas and contiguous counties. Therefore, geograhic restriction is not to modified in forthcoming modification order.* |

| 06/28/2024 | Charge of Court |
| | *Charge of the Court* |

| 07/02/2024 | Jury Chosen (OCA) |
| | *Panel Selection Report - Jury Chosen* |

| 07/02/2024 | Peremptory Challenges |

| 07/02/2024 | Peremptory Challenges |

| 07/02/2024 | Jury Panel Examined (Voir Dire) |
| | *Panel Random List* |

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **Petitioner** Jafri, Ambreen Sahar | |
| | Total Charges | 273.90 |
| | Total Payments and Credits | 273.90 |
| | **Balance Due as of 07/10/2024** | **0.00** |
| | | |
| | **Respondent** Farooq, Tariq | |
| | Total Charges | 1,869.80 |
| | Total Payments and Credits | 1,348.80 |
| | **Balance Due as of 07/10/2024** | **521.00** |

*Printed on 07/10/2024 at 8:48 AM*

DISTRICT CLERK

# DOCKET SHEET

**Petitioner** Jafri, Ambreen Sahar **CASE NO. 468-51752-2020**
Family Registry of the Court Balance as of 07/10/2024

364,246.18