# Exhibit AH

## Letter from Dr. Kevin Lunde affirming Plaintiff's Hearing Disability

**(Supports Plaintiff's Hearing Disability Requiring ADA Accommodations)**



Kevin Lunde, M.D.
Board Certified Otolaryngologist
& Facial Plastic Surgeon

4701 West Plano Parkway, Suite 150, Plano, TX 75093
P: 972-985-3223 • F: 972-964-0562 • https://www.kevinlundemd.com/

10/03/2024

RE: Tariq Farooq
Address: 3500 S Echo Trl Plano, TX  75023
DOB: 06/08/1975

To Whom It May Concern:

Based on Mr. Tariq Farooq's medical history in our office, he suffers from hearing loss and tinnitus, both of which significantly impact his auditory processing, particularly in stressful or high-pressure environments.

Due to this disability, he requires specific accommodations to ensure effective participation in such settings. These accommodations should include, but are not limited to, additional time to process auditory information and reduce stress, particularly in environments like court proceedings, where high noise levels and rapid communication can rapidly and significantly exacerbate his hearing disability condition.

Thank you for your assistance in this matter

If there are any questions, please call.

Sincerely,

Kevin Lunde, MD