# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TARIQ FAROOQ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-01188-ALM-AGD |
| | § | |
| LINDSEY MARIE BYERS WYNNE, et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 22, 2026, the Report of the Magistrate Judge, (Dkt. #10), was entered containing proposed findings of fact and recommendation that Plaintiff's case be dismissed without prejudice for lack of subject matter jurisdiction.

On August 4, 2026, Plaintiff filed objections to the Report (Dkt. #11). The Court has conducted a de novo review of Plaintiff's objections to the Report (Dkt. #11). Having done so, the Court is of the opinion that the findings of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings of the Court.

It is therefore **ORDERED** that Plaintiff's case is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

It is further **ORDERED** that any request for relief not addressed by the Report is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

**SIGNED this 18th day of August, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE